1  Sorem, Pastore & Casiano, LLP
   Joseph A. Pastore, Esq. #152167
2  2565 Camino del Rio South, Suite 101
   San Diego, California 92108
3  Telephone: (619) 574-1545
   Facsimile:  (619) 574-1200
4

**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Defendant
   U. G. CO., INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   APL CO. PTE. LTD.,              )   CASE NO.  C 05-0646 MHP
11                                 )
                 Plaintiffs,       )   STIPULATION   FOR   TELEPHONIC
12                                 )   APPEARANCE AT CMC HEARING
   v.                              )
13                                 )
   UK AEROSOLS LTD.; U. G. CO.,)
14 INC.,   doing   business   as)
   UNIVERSAL GROCERS CO.,   and)
15 KAMDAR GLOBAL, LLC.,            )
                                   )
16               Defendants.       )
                                   )
17 _____)

18      Plaintiff, APL Co. Pte. Ltd. (hereinafter "Plaintiff")

19 represented by its attorneys, SHEPPARD, MULLIN, RICHTER & HAMPTON,

20 and Defendant Kamdar Global, LLC, (hereinafter "Defendant Kamdar")

21 represented by its attorneys, the LAW OFFICES OF JACK I. MANN, and

22 Defendant U.G. Co., Inc. (Hereinafter "Defendant U.G.") represented

23 by its attorneys, SOREM, PASTORE & CASIANO, LLP, hereby stipulate

24 as follows:

25      1.   The parties may all appear at the Case Management
   Conference presently scheduled for June ~~13~~ 28, 2005, at ~~4:00 p.m.~~ 10:00 AM. by
26 telephonic appearance.

27      2.   The Case Management Conference scheduled for June ~~13~~ 28,
28

**STIPULATION FOR TELEPHONIC APPEARANCE AT CMC HEARING**

1  2005, at ~~4:00 p.~~m. [10:00 AM] shall be rescheduled to coincide with the courts
2  telephonic appearance calendar.
3      3.   This Stipulation may be signed in counter part.
4      4.   Signatures to this Stipulation submitted via fax are
5  deemed effective as original signatures.
6      5.   I hereby attest that I have on file all holograph
7  signatures for any signatures indicated by a "conformed" signature
8  (/s/) within this efiled document.
9      IT IS SO STIPULATED:
10 Dated: June 1, 2005        SHEPPARD, MULLIN, RICHTER & HAMPTON
11                            BY:  /S/ BRENNA E. MOOREHEAD
                                   Attorneys for Plaintiff,
12                                 APL Co. Pte. Ltd.
13
   Dated: May 31, 2005        LAW OFFICES OF JACK I. MANN
14
15                            BY:  /S/ JACK I. MANN
                                   Attorneys for Defendant,
16                                 Kamdar Global, LLC
17
   Dated: May 31, 2005        SOREM, PASTORE & CASIANO, LLP
18
19                            BY:  /S/ JOSEPH A. PASTORE
                                   JOSEPH A. PASTORE, ESQ.
20                                 Attorney for Defendant
                                   U. G. CO., INC.
21
22
23            6/22/05          IT IS SO ORDERED
24                             _____
                               U.S. DISTRICT JUDGE
25
26
27
28

STIPULATION FOR TELEPHONIC APPEARANCE AT CMC HEARING          -2-