From: SOREN... Case 3:05-cv-00646-MHP   Document 19   Filed 06/17/2005   Page 1 of 2  T-109 #103 P.002/003

```
                                                    FILED
                                                  JUN 2 3 2005
                                               RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

1  Marilyn Raia, SBN 072320
   Ronald L. Richman, SBN 139189
2  Bullivant Houser Bailey PC
   601 Market Street, Suite 1800
3  San Francisco, CA  94108
   Telephone:     (415) 352-2700
4  Facsimile:     (415) 352-2701
   E-Mail: marilyn.raia@bullivant.com
5

6  Attorneys for Defendant
   U. G. CO., INC.
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11
   APL CO. PTE. LTD.,              )   CASE NO.  C 05-0646 MHP
12                                 )
                  Plaintiffs,      )   SUBSTITUTION OF ATTORNEY
13                                 )
   v.                              )
14                                 )
   UK AEROSOLS LTD.; U. G. CO.,    )
15 INC., doing business as         )
   UNIVERSAL GROCERS CO., and      )
16 KAMDAR GLOBAL, LLC.,            )
                                   )
17                Defendants.      )
                                   )
18 ────────────────────────────────

19
        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
   PLEASE TAKE NOTICE that defendant U.G. Co., Inc. dba Universal
21
   Grocers Co. hereby substitutes Marilyn Raia and Ronald L. Richman
22
   of Bullivant Houser Bailey PC, 601 California Street, Suite 1800,
23
   / / / /
24
   / / / /
25
   / / / /
26
   / / / /
27
   / / / /
28

```
1  San Francisco, California 94108 as its counsel of record in the
2  place of Joseph A. Pastore of Sorem, Pastore & Castano, LLP.
3
4  DATED: June 17, 2005          By: /s/ Rita Jamil
                                     Rita Jamil
5                                    U. G. Co., Inc. dba
                                     Universal Grocers Co., Inc.
6
7     I accept this substitution.
8
9  DATED: June 17, 2005          Bullivant Houser Bailey PC
10
11                               By: /s/ Ronald L. Richman
                                     Ronald L. Richman, Esq.
12
13    I consent to the above substitution.
14
15 DATED: June 17, 2005          Sorem, Pastore & Castano, LLP
16
17
18                               By: /s/ Joseph A. Pastore
                                     Joseph A. Pastore, Esq.
```

6/22/05

IT IS SO ORDERED

U.S. DISTRICT JUDGE