| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Marilyn Raia, SBN 072320<br>Ronald L. Richman, SBN 139189<br>Bullivant Houser Bailey PC<br>601 California Street, Suite 1800<br>San Francisco, CA  94108-2823<br>Telephone:  (415) 352-2700<br>Facsimile:  (415) 352-2701<br>E-Mail: ron.richman@bullivant.com<br><br>Attorneys for Defendant and Third-Party Claimant<br>U.G. Co., Inc., dba Universal Grocers | **FILED**<br><br>SEP 2 2 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE. LTD.,<br><br>             Plaintiff,<br><br>     v.<br><br>UK AEROSOLS LTD.; U.G. CO., INC., doing business as UNIVERSAL GROCERS CO., and KAMDAR GLOBAL, LLC.,<br><br>             Defendants.<br><br>U.G. CO., INC., dba Universal Grocers,<br><br>             Third Party Claimant.<br><br>     v.<br><br>SAAD NADHIR, an individual, NEMIR NADHIR, an individual; LAITH GORYOKA, an individual; and IMPEX SOLUTIONS, LLC, a company,<br><br>             Third-Party Defendants. | Case No.: C 05-0646 MHP<br><br>**NOTICE OF DISMISSAL, WITH PREJUDICE, OF U.G. CO., INC.'S THIRD PARTY COMPLAINT AGAINST SAAD NADHIR, NEMIR NADHIR, LAITH GORYOKA AND IMPEX SOLUTIONS, LLC FOR EQUITABLE INDEMNITY, COMPARATIVE INDEMNITY AND DECLARATORY RELIEF; ORDER THEREON**<br><br>FRCP § 41(a)(1) |

6060852.1

-1-

NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT; ORDER THEREON

E-filing

NOTICE IS HEREBY GIVEN that pursuant to F.R.Civ. P. § 41(a)(1), Defendant and Third-Party Claimant U.G. Co., Inc., dba Universal Grocers voluntarily dismisses, with prejudice, its Third Party Complaint Against Saad Nadhir, Nemir Nadhir, Laith Goryoka and Impex Solutions, LLC, For Equitable Indemnity, Comparative Indemnity and Declaratory Relief.

DATED: September 1f, 2005

By _____
Ronald L. Richman

Attorneys for Defendant and Third Party Claimant
U.G. Co., Inc. dba Universal Grocers

### ORDER

Based upon the Notice of Dismissal, IT IS HEREBY ORDERED that the Third Party Complaint against Saad Nadhir, Nemir Nadhir, Laith Goryoka and Impex Solutions, LLC, For Equitable Indemnity, Comparative Indemnity and Declaratory Relief is dismissed, with prejudice.

DATED: September 2?, 2005

By _____
UNITED STATES DISTRICT JUDGE