```
                                                              FILED
                                                           OCT 1 9 2005

                                                         RICHARD W. WIEKING
                                                       CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
```

1  Jack I. Mann, Esq. - #062001
   Gary M. Orlansky, Esq. - #082577
2  Law Offices of Jack I. Mann
   1901 First Avenue, Suite 405
3  San Diego, CA   92101
   Telephone No. (619)238-5500
4
   Attorneys for Defendant Kamdar Global, LLC.
5

6

7
                    THE UNITED STATES DISTRICT COURT
8
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  APL Co. Pte. Ltd.,                )   Case No. C 05 0646 MHP
                                      )
11          Plaintiff,                )   DEFENDANT KAMDAR GLOBAL,
                                      )   LLC's NOTICE OF DISMISSAL OF
12  v.                                )   CROSS COMPLAINT IN
                                      )   ADMIRALTY FOR DECLARATORY
13  UK Aerosols Ltd.; U.G. Co., Inc., doing )  RELIEF, INDEMNITY AND BREACH
    business as "Universal Grocers Co."; )  OF WRITTEN CONTRACT, WITHOUT
14  and Kamdar Global, LLC,           )   PREJUDICE
                                      )
15          Defendants.               )
    _____ )
16  Kamdar Global, LLC,               )
                                      )
17          Cross Complainant,        )
                                      )
18  v.                                )
                                      )
19  U.G. Co., Inc., doing             )
    business as "Universal Grocers Co.", )
20                                    )
            Cross Defendant.          )
21  _____ )

22       DEFENDANT/CROSS COMPLAINANT Kamdar Global, LLC, ("Kamdar")

23  HEREBY GIVES NOTICE TO ALL PARTIES AND THEIR ATTORNEYS AS FOLLOWS:

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

Defendant/Cross Complainant Kamdar's
Dismissal (Without Prejudice)
Of Cross Complaint Re: Declaratory Relief,
Indemnity and Breach of Contract            Page 1 of  4

Kamdar's Cross Complaint in Admiralty for Declaratory Relief, Indemnity and Breach of Written Contract against Defendant/Cross Defendant U.G. Co., Inc., doing business as "Universal Grocers Co." (UG) is hereby dismissed, without prejudice.

Dated: October 14, 2005              LAW OFFICES OF JACK I. MANN

By:   /s/ Gary M. Orlansky
      Gary M. Orlansky, Attorney for Cross Complainant, Kamdar Global, LLC.

IT IS SO ORDERED

10/19/05

U.S. DISTRICT JUDGE