**FILED**

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CHARLES S. DONOVAN, Cal. Bar No. 103667
   AMY B. NORRIS, Cal. Bar No. 201147
2  BRENNA E. MOORHEAD, Cal. Bar No. 233425
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5
   Attorneys for Plaintiff APL CO. PTE. LTD.
6
   JACK I. MANN, Cal. Bar No. 062001
7  GARY M. ORLANSKY, Cal. Bar No. 082577
   LAW OFFICES OF JACK I. MANN
8  1901 First Avenue, Suite 405
   San Diego, California 92101
9  Telephone:   619-238-5500
   Facsimile:   619-238-5542
10
   Attorneys for Defendant KAMDAR GLOBAL,
11 LLC

12 MARILYN RAIA, Cal. Bar No. 072320
   RONALD L. RICHMAN, Cal. Bar No. 139189
13 BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
14 San Francisco, California 94108-2823
   Telephone:   415-352-2700
15 Facsimile:   415-352-2701

16 Attorneys for Defendant U.G. CO., INC., dba
   Universal Grocers
17

18            UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20

21 APL Co. Pte. Ltd.,                    | Case No. C 05 0646 MHP

22            Plaintiff,                 | **STIPULATION AND [PROPOSED]**
                                         | **ORDER FOR EXTENSION OF EARLY**
23       v.                             | **NEUTRAL EVALUATION DEADLINE**

24 UK Aerosols Ltd.; U.G. Co., Inc. doing
   business as "Universal Grocers Co."; and
25 Kamdar Global LLC,

26            Defendants.

27

28

W02-SF:5BM1\61473674.1                                        Stipulation and Proposed Order

# I. STIPULATION AND REQUEST FOR EXTENSION

**A.**   **The parties hereby stipulate to an extension of the deadline for conducting Early Neutral Evaluation ("ENE") to 45 days from December 13, 2005, the scheduled date of the further case management conference on this matter.**

In the initial case management statement filed on June 17, 2005, the parties agreed to conduct ENE within 90 days of the Case Management Conference in accordance with ADR Local Rule 5-4(b). However, no ENE session has been scheduled to date. The parties participated in the initial Case Management Conference on July 29, 2005. That day, the Court issued an order scheduling a further Case Management Conference for September 13, 2005. At the request of the parties, the Court postponed this second Case Management Conference until December 13, 2005 to allow U.G. Co., Inc. sufficient time to investigate the involvement of a third party, Impex Solutions, LLC ("Impex"), and to serve or dismiss its Third Party Complaint against Impex. The parties have postponed conducting ENE while these issues are being resolved.

**B.**   **The Parties respectfully request the Court to extend the deadline for conducting ENE to a date within 45 days of the December 13, 2005 case management conference, up to and including January 27, 2005.**

DATED: October 26, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   /s/ Brenna E. Moorhead
   _____
   BRENNA E. MOORHEAD

Attorneys for Plaintiff APL Co. Pte. Ltd.

DATED:  October 26, 2005

LAW OFFICES OF JACK I. MANN

By      /s/ Jack I. Mann
                          JACK I. MANN

Attorneys for Defendant Kamdar Global LLC

DATED:  October 26, 2005

BULLIVANT HOUSER BAILEY PC

By      /s/ Ronald L. Richman
                          RONALD L. RICHMAN

Attorneys for Defendant U.G. Co. Inc., dba
"Universal Grocers"

## II. [PROPOSED] ORDER

Pursuant to stipulation, it is so ordered.

DATED:  October 28, 2005      _____
                          UNITED STATES DISTRICT JUDGE

W02-SF:5BM1\61473674.1                          —                          Stipulation and Proposed Order