CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
BRENNA E. MOORHEAD, Cal. Bar No. 233425
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: cdonovan@sheppardmullin.com

Attorneys for Plaintiff APL CO. PTE. LTD.

JACK I. MANN, Cal. Bar No. 062001
GARY M. ORLANSKY, Cal. Bar No. 082577
LAW OFFICES OF JACK I. MANN
1901 First Avenue, Suite 405
San Diego, California 92101
Telephone: 619-238-5500
Facsimile: 619-238-5542

Attorneys for Defendant KAMDAR GLOBAL, LLC

MARILYN RAIA, Cal. Bar No. 072320
RONALD L. RICHMAN, Cal. Bar No. 139189
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108-2823
Telephone: 415-352-2700
Facsimile: 415-352-2701

Attorneys for Defendant U.G. CO., INC., dba Universal Grocers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL Co. Pte. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> UK Aerosols Ltd.; U.G. Co., Inc. doing business as "Universal Grocers Co."; and Kamdar Global, LLC, <br><br> Defendants. | Case No. C 05 0646 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER FOR REVISION OF EARLY NEUTRAL EVALUATION DEADLINE** |

W02-SF:5BM1\61480454.1

Stipulation and Proposed Order
C 05-0646 MHP

# I. STIPULATION AND REQUEST FOR REVISION

**A.  The parties hereby stipulate to a deadline of March 1, 2006 for Early Neutral Evaluation ("ENE") and to allow further discovery in the interim.**

During the December 13, 2005 Case Management Conference, Judge Patel recommended that the deadline for ENE be extended to March 1, 2006.  This extension would allow U.G. Co., Inc. to receive and review APL Co. Pte. Ltd.'s Responses to Interrogatories and Demands for Production of Documents due on January 9, 2006, prior to the ENE.  All parties agreed to the March 1st deadline.  Despite the Court's suggestion and the parties' agreement, the Court's Minute Order filed on December 14, 2005, stated that ENE is "to be completed by 1/27/2006; Further discovery stayed pending ENE;…"

**B.  The Parties respectfully request that the Court revise the deadline for ENE to March 1, 2006 and allow further discovery in the interim.**

DATED: January 9, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  /s/ Brenna E. Moorhead
BRENNA E. MOORHEAD

Attorneys for Plaintiff APL Co. Pte. Ltd.

DATED:  January 9, 2006

LAW OFFICES OF JACK I. MANN

By  /s/ Jack I. Mann
JACK I. MANN

Attorneys for Defendant Kamdar Global LLC

W02-SF:5BM1\61480454.1

Stipulation and Proposed Order
C 05-0646 MHP

1    DATED: January 9, 2006

2                              BULLIVANT HOUSER BAILEY PC

5                      By     /s/ Ronald L. Richman
                                 RONALD L. RICHMAN

7                       Attorneys for Defendant U.G. Co. Inc., dba
                                     "Universal Grocers"

9                            **II. [PROPOSED] ORDER**

10          Pursuant to stipulation, it is so ordered.

14    DATED: _____, 2006                                    
15                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)