SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
BRENNA E. MOORHEAD, Cal. Bar No. 233425
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:    cdonovan@sheppardmullin.com

Attorneys for Plaintiff APL Co. Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE. LTD., | Case No. C 05-0646 MHP |
| Plaintiff, | **STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DISCOVERY** |
| v. | |
| UK AEROSOLS LTD.; U.G. CO., INC. doing business as "Universal Grocers Co."; KAMDAR GLOBAL, LLC, | *AS AMENDED BY COURT |
| Defendants. | |

**I. STIPULATION**

**A.**    **APL Co. Pte. Ltd. respectfully requests that the Court grant it leave to amend its Complaint to join Imp-Ex Solutions LLC as a defendant.**

Plaintiff APL Co. Pte. Ltd. ("APL") filed its Complaint on February 11, 2005.

Defendant U.G. Co., Inc. ("U.G. Co.") doing business as Universal Grocers, answered the Complaint on April 28, 2005.

Defendant Kamdar Global, LLC ("Kamdar Global") answered the Complaint on April 28, 2005.

-1-

1    Defendant UK Aerosols Ltd. has not answered the Complaint.

2

3    In the course of preparing responses to discovery propounded by U.G. Co., APL

4  discovered that Imp-Ex Solutions, LLC ("Imp-Ex") appeared to have a present or future interest in

5  the goods at issue.  APL therefore seeks to join Imp-Ex, as a defendant in this matter.

6    Defendants U.G. Co. and Kamdar Global do not oppose APL's amendment of its

7  Complaint.

8

9  **B.    The Parties respectfully request that the Court extend the deadline for alternate**

10       **dispute resolution by 90 days to allow the Parties to conduct further discovery.**

11

12    U.G. Co. served Special Interrogatories, Set Two and Requests for Production of

13  Documents, Set Two on APL on February 9, 2006.  APL's responses are due March 10, 2006 and

14  March 17, 2006, respectively.  The deadline for Early Neutral Evaluation on this matter is set for

15  March 1, 2006.  The anticipated trial date is March 27, 2006.  An additional 90-day period should

16  be sufficient for APL and U.G. Co. to conduct discovery.

17

18

19  Dated:  February 22, 2006

20                     SHEPPARD MULLIN RICHTER & HAMPTON LLP

21

22                     By      /s/  Brenna E. Moorhead

23                              BRENNA E. MOORHEAD

24                          Attorneys for Plaintiff APL Co. Pte. Ltd.

25

26

27

28
                              -2-
STIPULATION AND PROPOSED ORDER
                                          PERMITTING PLAINTIFF TO FILE
                                          FIRST AMENDED COMPLAINT

1  DATED:  February 22, 2006

2                                    BULLIVANT HOUSER BAILEY PC

3

4                                    By    /s/  Ronald L. Richman

5                                              RONALD L. RICHMAN

6                                    Attorneys for Defendant U.G. Co. Inc., dba "Universal
                                     Grocers" and Kamdar Global LLC
7

8

9

10                                   **II.  [PROPOSED] ORDER**

11         Pursuant to stipulation, it is so ordered.   The Court notes that this matter is set for a

12  Status Conference on March 27, 2006 at 3:00 pm, and not for a trial.

13

14

15

16

17  DATED:  February 24 , 2006

18

19

20                                   UNITED                        GE

21                                   IT IS SO ORDERED

22                                   Judge Marilyn H. Patel

23

24                                   ** END OF ORDER **

25

26

27

28
                                            -3-

1    COURT SERVICE LIST

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

W02-SF:5BM1\61483475.4

STIPULATION AND PROPOSED ORDER
PERMITTING PLAINTIFF TO FILE
FIRST AMENDED COMPLAINT