Marilyn Raia, SBN 072320
Norman J. Ronneberg, SBN 68233
BULLIVANT HOUSER BAILEY
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants
U.G. Co., Inc. dba Universal Grocers and
Kamdar Global, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APL CO. PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> U.K. AEROSOLS LTD., U.G. CO. INC., doing business as UNIVERSAL GROCERS CO., KAMDAR GLOBAL, LLC, and IMP-EX SOLUTIONS LLC, <br><br> Defendants. | Case No.: C 05-0646 MHP <br><br> **STIPULATION** |

The parties stipulate as follows:

1. On February 23, 2007, the Court entered partial summary judgment in favor of plaintiff APL Co. Pte. Ltd. [APL] and against defendants U.G. Co., Inc. dba Universal Grocers [UG] and Kamdar Global, LLC [Kamdar] finding said defendants liable to APL.

2. Were APL to present evidence at the trial of this action to prove its damages, said evidence would establish damages in the amount of $739,895.91 which the Court has found to be a reasonable amount.

///

///

///

-1-

3. Defendants UG and Kamdar disagree with the Court's rulings. By entering into this stipulation, UG and Kamdar do not waive their right to appeal the Court's orders or any judgment entered in this action.

DATED: 3-8-07

SHEPPARD MULLIN, RICHTER & HAMPTON LLP

By: *Amy Norris* per email permission
Amy Norris
Attorneys for Plaintiff APL Co. Pte. Ltd.

DATED: 3-8-07

BULLIVANT HOUSER BAILEY PC

By: *Marilyn Raia*
Marilyn Raia
Attorneys for Defendants
UG Co., Inc. and Kamdar Global, LLC

3/8/2007

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA