UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APL CO. PTE. LTD.,

        Plaintiff,

    v.

UK AEROSOLS LTD., INC.; U.G. CO., INC. dba Universal Grocers Co.; KAMDAR GLOBAL, LLC,

        Defendants.

No. C 05-0646 MHP

**JUDGMENT**

This matter having come before the court on plaintiff's motion for entry of judgment, and the issues having been duly presented and an order having been duly filed granting plaintiff's motion,

//
//
//
//
//
//
//

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff, that defendants take nothing, and that the claims are dismissed on the merits with prejudice. This action is thus DISMISSED in its entirety. The Clerk of the Court is directed to close the file on this action forthwith.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 25, 2007

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California