AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
Northern District of California

APL CO. PTE. LTD.

V.

UK AEROSOLS, LTD., U.G. CO., INC., ET AL.

**BILL OF COSTS**

Case Number: C 05-0646 MHP

Judgment having been entered in the above entitled action on _6/25/2007_ against _Defendants_,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ |
| Fees for service of summons and subpoena ................................................ | 380.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ..................................................... | |
| Fees for witnesses (itemize on page two) ................................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ............................................................ | 3,901.55 |
| TOTAL  $ | 4,282.05 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: _Amy B. Norris_

For: _APL Co. Pte. Ltd._   Date: _7/9/07_
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court          Deputy Clerk          Date

≋AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||||
|---|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness ||
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | ||
| | | | | | | | $0.00 ||
| | | | | | | | $0.00 ||
| | | | | | | | $0.00 ||
| | | | | | | | $0.00 ||
| | | | | | | | $0.00 ||
| | | | | | | | $0.00 ||
| | | | | | TOTAL || $0.00 ||

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**APL CO. PTE. LTD. V. UK AEROSOLS, LTD. ET AL.**
**CASE NO. C 05-0646 MHP**

**ITEMIZATION OF BILL OF COSTS**

| Date | Vendor | Description | Amount |
| --- | --- | --- | --- |
| 3/23/05 | A&A Legal Service | Service of summons and complaint on U.G. Co., Inc. | $136.50 |
| 3/29/05 | A&A Legal Service | Service of summons and complaint on Kamdar Global LLC | $244.00 |
| 9/8/06 | Legal Link | Deposition Transcript (James Burritt) | $1,268.50 |
| 9/15/06 | Legal Link | Deposition Transcript (Walid Jamil) | $978.75 |
| 10/6/06 | Esquire Deposition Service | Reproduction of Exhibits to Deposition | $78.60 |
| 10/12/06 | Legal Line | Deposition Transcript (Kishor Kamdar) | $1,049.45 |
| 8/22/06 | Shari Moss & Assoc. | Deposition Transcripts (Peggy Lavigne and Haldis Fearn) | $526.25 |
| | | | $4,282.05 |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA  90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

06LT-113892:  APL - UK Aerosols  
Charles S. Donovan

May 20, 2005  
Invoice 222278265  
Page 3 of 4

## SUMMARY OF DISBURSEMENTS

| 03/23/05 | A & A Legal Service ; Service of U.G.Co.,Inc. dba Universal Grocers Company | 136.50 |
| | Duplication | 4.00 |

**Total Disbursements**                                                                                           $ 140.50

Case3:05-cv-00646-MHP   Document170   Filed07/10/07   Page5 of 7



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols  
Charles S. Donovan

October 20, 2005  
Invoice 222317172  
Page 6 of 6

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/29/05 | A&A Legal-summons & complaint /personal service Kamdar Global LLC by serving Kishor 3/9/05 | 244.00 |
| 06/20/05 | Western Messenger Delivery Service on 06/20/05 By Jill To USDC-San Fran, 450 Golden Gate Ave., San Francisco. Job# 1947952. | 9.78 |
| 07/21/05 | Western Messenger Delivery Service on 07/21/05 By Jill Whiteman To USDC, 450 Golden Gate Ave., San Francisco. Job# 1962899. | 9.78 |
| 08/18/05 | Western Messenger Delivery Service on 08/18/05 By Jill x2958 To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 1976417. Invoice# 906145. | 9.78 |
| 09/07/05 | Western Attorney Delivery Service on 09/07/05 By Jill Whiteman To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 1984652. Invoice# 907500. | 9.78 |
| 09/12/05 | Western Messenger Service on 09/12/05 by Jill x2958 To USDC-SF, 450 Golden Gate Ave., SF, CA. Job#1987044, Invoice# 908186. | 6.90 |
| 08/01/05 | Pacer Legal Research, Statement Dated 04/01/05 - 06/30/05. | 1.28 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 17.13 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 161.55 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 5.88 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 2.08 |
| 08/22/05 | Lexis research by PAK, MARGARET on 08/22/2005. | 3.43 |
| 08/22/05 | Lexis research by PAK, MARGARET on 08/22/2005. | 134.62 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 20.55 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 403.87 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 70.50 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 20.56 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 12.48 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 565.41 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 58.74 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 5.87 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 8.08 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 4.16 |
| 08/24/05 | Lexis research by SHARED, LIBRARIAN on 08/24/2005. | 1.96 |
| 08/24/05 | Lexis research by SHARED, LIBRARIAN on 08/24/2005. | 8.32 |
| 08/25/05 | Lexis research by SHARED,LIBRARIAN on 08/25/2005. | 0.49 |
|  | Duplication | 13.75 |
|  | Telephone/Fax | 0.18 |

**Total Disbursements** $ 1,810.91



**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

January 16, 2007
Invoice 222437371
Page 13 of 16

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 08/08/06 | Wheels of Justice - Judge Patel | 45.00 |
| 08/28/06 | A&A Legal Service-8/12 Personal Service Saad Joseph Nadhir; Subpoena in a Civil Case Notice of deposition | 262.00 |
| 09/06/06 | Front Range Legal Process Service-APL v UK Aerosols; To be served on: State Bank of India | 75.00 |
| 09/07/06 | A&A Legal Service- 8/14 Personal Service 1st Nat'l Bank; Subpoena in a Civil Case | 264.00 |
| 09/08/06 | LegaLink - Cert. Copy of transcript of James Burritt | 1,268.50 |
| 09/15/06 | LegaLink - Cert. Copy of Transcript of Walid Jamil | 978.75 |
| 10/06/06 | Esquire Deposition Serv- 10/5 Document Production | 78.60 |
| 10/12/06 | LegaLink - Cert. Copy Transcript of Kishor Kamdar | 1,049.45 |
| 12/08/06 | E. Lozowicki - meal re: depo preparation - 8/7/06 | 34.74 |
| 12/12/06 | Statewide Subpoena - save subpoena in NJ | 85.00 |
| 12/29/06 | C. Donovan - working lunch meal 12/18/06 | 40.69 |
| 10/05/06 | Western Messenger Delivery Service on 10/05/06 By Anna Carr To Gibson Robb & Lindh, 100 First St., San Francisco. Job# 2174723. Invoice# 945801. | 5.75 |
| 12/12/06 | Federal Express on 12/12/06 | 7.64 |
| 12/14/06 | Federal Express on 12/14/06 | 8.68 |
| 10/02/06 | PACER Legal Research, Statement Dated 07/01/06 - 08/31/06. | 6.98 |
| 10/02/06 | PACER Legal Research, Statement Dated 07/01/06 - 08/31/06. | 1.73 |
| 10/13/06 | PACER Legal Research, Statement Dated 09/01/06 - 09/30/06. | 1.44 |
| 10/10/06 | Lexis research by SHARED, LIBRARIAN on 10/10/2006. | 12.60 |
| 10/10/06 | Lexis research by SHARED, LIBRARIAN on 10/10/2006. | 78.75 |
| 12/03/06 | Lexis research by SHARED, LIBRARIAN on 12/3/2006. | 1.80 |
| 12/03/06 | Lexis research by SHARED, LIBRARIAN on 12/3/2006. | 11.25 |
| 12/04/06 | Lexis research by MOOREHEAD, BRENNA on 12/4/2006. | 163.80 |
| 12/04/06 | Lexis research by SHARED, LIBRARIAN on 12/4/2006. | 2.70 |
| 12/04/06 | Lexis research by SHARED, LIBRARIAN on 12/4/2006. | 16.88 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 8.10 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 491.40 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 88.20 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 11.25 |
| 12/06/06 | Lexis research by MOOREHEAD, BRENNA on 12/6/2006. | 0.99 |
| 12/06/06 | Lexis research by MOOREHEAD, BRENNA on 12/6/2006. | 12.68 |
| 12/06/06 | Lexis research by MOOREHEAD, BRENNA on 12/6/2006. | 0.03 |
| 12/06/06 | Lexis research by NORRIS, AMY on 12/6/2006. | 8.10 |
| 12/06/06 | Lexis research by NORRIS, AMY on 12/6/2006. | 6.30 |
| 12/06/06 | Lexis research by SHARED, LIBRARIAN on 12/6/2006. | 1.80 |
| 12/06/06 | Lexis research by SHARED, LIBRARIAN on 12/6/2006. | 5.63 |
| 12/07/06 | Lexis research by DONOVAN, CHARLES on 12/7/2006. | 104.40 |



**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols  
Charles S. Donovan

April 13, 2007  
Invoice 222459899  
Page 18 of 21

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/21/06 | A&A Legal Serv- 8/11/06 Personal Service: State Bank of India | 240.00 |
| 08/22/06 | Shari Moss & Assoc. - Depositions of Peggy Lavigne & Haldis Fearn 08/08/06 | 526.25 |
| 01/17/07 | M. Lauter - taxi fares to USF Law Library to aid research 1/9/07 | 32.00 |
| 01/25/07 | Wheels of Justice - Bullvant House Bailey, PC | 45.00 |
| 01/31/07 | Wheels of Justice - Judge Patel | 45.00 |
| 02/05/07 | Wheels of Justice - serve : Judge Patel | 45.00 |
| 03/02/07 | A&A Legal Service- 2/22 Personal Service:Robert Wetzel | 261.00 |
| 12/29/06 | Western Messenger Delivery Services on 12/29/06 By Brena Moorhead To Bullvant Houser Bailey, 601 California St., San Francisco. Job# 2217353. Invoice# 953459. | 8.05 |
| 01/03/07 | Western Messenger Delivery Services on 01/03/07 By Jenny Chin To USDC-San Fran, 450 Golden Gate Ave., San Francisco. Job# 2218704. Invoice# 953459. | 19.55 |
| 01/16/07 | Western Messenger Delivery Service on 01/16/07 By Jenny Chen To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 2223911. Invoice# 954694. | 9.78 |
| 01/23/07 | Western Messenger Delivery Service on 01/23/07 By Jenny Chin To USDc-San Fran, 450 Golden Gate Ave., San Francisco. Job# 2227125. Invoice# 955322. | 9.78 |
| 01/24/07 | Zoom Messenger Delivery Service on 01/24/07 By Arabella. Job Description: Deliv. Chambers Copy to: Hon. Patel, USDC SF, 450 Golden Gate. Invoice Dated 02/17/07. Invoice# SHP0701. | 12.00 |
| 01/30/07 | Western Messenger Deliver Service on 01/30/07 by Jenny To USDC-SF, 450 Golden Gate Ave., SF, CA. Job#2230401. Invoice#956012. | 24.00 |
| 02/16/07 | Western Messenger Delivery Service on 02/16/07 By Rose To USDC-San Fran, 450 Golden Gate Ave., San Francisco. Job# 2239728. Invoice# 957939. | 40.80 |
| 02/20/07 | Western Messenger Delivery Service on 02/20/07 By Jenny Chin To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 2240243. Invoice# 957939. | 22.80 |
| 01/02/07 | PACER Legal Research, Statement Dated 10/01/06 - 11/30/06. | 2.59 |
| 02/28/07 | PACER Legal Research. Statement Date 01/01/07 - 01/31/07. | 5.98 |
| 02/28/07 | PACER Legal Research. Statement Date 01/01/07 - 01/31/07. | 11.30 |
| 02/28/07 | PACER Legal Research. Statement Date 01/01/07 - 01/31/07. | 1.94 |
| 03/21/07 | PACER Legal Research, Statement Dated 02/01/07 - 02/28/07. | 7.27 |
| 03/21/07 | PACER Legal Research, Statement Dated 02/01/07 - 02/28/07. | 1.80 |