SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
BRENNA E. MOORHEAD, Cal. Bar No. 233425
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: cdonovan@sheppardmullin.com

Attorneys for Plaintiff APL Co. Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE. LTD., Plaintiff, v. UK AEROSOLS LTD.; U.G. CO., INC. doing business as "UNIVERSAL GROCERS CO."; KAMDAR GLOBAL LLC; and IMP-EX SOLUTIONS, LLC, Defendants. | Case No. C 05-0646 MHP<br><br>**DECLARATION OF AMY B. NORRIS IN SUPPORT OF APL CO. PTE. LTD.'S BILL OF COSTS** |

I, Amy B. Norris declare:

1. I am an associate in the law firm of Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"), counsel to plaintiff APL Co. Pte. Ltd. ("APL"). I have personal knowledge of the facts stated in this declaration, except those asserted on information and belief, and if I were called as a witness I would competently testify to the following statements.

2. I have reviewed the provisions of Civil Local Rules 54-1 and 54-3. I submit this declaration pursuant to those rules.

3. Fed. R. Civ. P. 54 (d) entitles the prevailing party to recover costs as a matter of course.

4. Civil Local Rules 54-1 and 54-3 provide that only certain costs are taxable. Those include fees for service of process by someone other than a United States Marshal; the cost of an original and one copy of any deposition taken in the case; and the cost of reproducing exhibits to depositions.

5. I have reviewed the invoices from Sheppard Mullin to APL since APL retained Sheppard Mullin to resolve this dispute in October 2004. I have identified a limited number of costs that I believe are recoverable under Fed. R. Civ. P. 54 and Civil Local Rule 54-1 et seq. I believe these costs are correctly stated, were necessarily incurred and are allowable by law under Local Rule 54-3.

6. The costs consist of the following charges:

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 3/23/05 | A&A Legal Service | Service of summons and complaint on U.G. Co., Inc. | $136.50 |
| 3/29/05 | A&A Legal Service | Service of summons and complaint on Kamdar Global LLC | $244.00 |
| 9/8/06 | Legal Link | Deposition Transcript (James Burritt) | $1,268.50 |
| 9/15/06 | Legal Link | Deposition Transcript (Walid Jamil) | $978.75 |
| 10/6/06 | Esquire Deposition Service | Reproduction of Exhibits to Deposition | $78.60 |
| 10/12/06 | Legal Line | Deposition Transcript (Kishor Kamdar) | $1,049.45 |
| 8/22/06 | Shari Moss & Assoc. | Deposition Transcripts (Peggy Lavigne and Haldis Fearn) | $526.25 |
| | | | $4,282.05 |

7. I attach as Exhibit A true and correct copies of the Disbursement Summaries Sheppard Mullin issued to APL that reflect these costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July 2007 in San Francisco, California

Amy B. Norris

# EXHIBIT A




48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

May 20, 2005
Invoice 222278265


## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/23/05 | A & A Legal Service ; Service of U.G.Co.,Inc. dba Universal Grocers Company | 136.50 |
| | Duplication | 4.00 |
| | **Total Disbursements** | **$ 140.50** |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

October 20, 2005
Invoice 222317172


## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/29/05 | A&A Legal-summons & complaint /personal service Kamdar Global LLC by serving Kishor 3/9/05 | 244.00 |
| 06/20/05 | Western Messenger Delivery Service on 06/20/05 By Jill To USDC-San Fran, 450 Golden Gate Ave., San Francisco. Job# 1947952. | 9.78 |
| 07/21/05 | Western Messenger Delivery Service on 07/21/05 By Jill Whiteman To USDC, 450 Golden Gate Ave., San Francisco. Job# 1962899. | 9.78 |
| 08/18/05 | Western Messenger Delivery Service on 08/18/05 By Jill x2958 To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 1976417. Invoice# 906145. | 9.78 |
| 09/07/05 | Western Attorney Delivery Service on 09/07/05 By Jill Whiteman To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 1984652. Invoice# 907500. | 9.78 |
| 09/12/05 | Western Messenger Service on 09/12/05 by Jill x2958 To USDC-SF, 450 Golden Gate Ave., SF, CA. Job#1987044, Invoice# 908186. | 6.90 |
| 08/01/05 | Pacer Legal Research, Statement Dated 04/01/05 - 06/30/05. | 1.28 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 17.13 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 161.55 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 5.88 |
| 08/16/05 | Lexis research by PAK, MARGARET on 08/16/2005. | 2.08 |
| 08/22/05 | Lexis research by PAK, MARGARET on 08/22/2005. | 3.43 |
| 08/22/05 | Lexis research by PAK, MARGARET on 08/22/2005. | 134.62 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 20.55 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 403.87 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 70.50 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 20.56 |
| 08/23/05 | Lexis research by PAK, MARGARET on 08/23/2005. | 12.48 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 565.41 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 58.74 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 5.87 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 8.08 |
| 08/24/05 | Lexis research by PAK, MARGARET on 08/24/2005. | 4.16 |
| 08/24/05 | Lexis research by SHARED, LIBRARIAN on 08/24/2005. | 1.96 |
| 08/24/05 | Lexis research by SHARED, LIBRARIAN on 08/24/2005. | 8.32 |
| 08/25/05 | Lexis research by SHARED,LIBRARIAN on 08/25/2005. | 0.49 |
| | Duplication | 13.75 |
| | Telephone/Fax | 0.18 |

**Total Disbursements** **$ 1,810.91**



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

January 16, 2007
Invoice 222437371


## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/08/06 | Wheels of Justice - Judge Patel | 45.00 |
| 08/28/06 | A&A Legal Service-8/12 Personal Service Saad Joseph Nadhir; Subpoena in a Civil Case Notice of deposition | 262.00 |
| 09/06/06 | Front Range Legal Process Service-APL v UK Aerosols; To be served on: State Bank of India | 75.00 |
| 09/07/06 | A&A Legal Service- 8/14 Personal Service 1st Nat'l Bank; Subpoena in a Civil Case | 264.00 |
| 09/08/06 | LegaLink - Cert. Copy of transcript of James Burritt | 1,268.50 |
| 09/15/06 | LegaLink - Cert. Copy of Transcript of Walid Jamil | 978.75 |
| 10/06/06 | Esquire Deposition Serv- 10/5 Document Production | 78.60 |
| 10/12/06 | LegaLink - Cert. Copy Transcript of Kishor Kamdar | 1,049.45 |
| 12/08/06 | E. Lozowicki - meal re: depo preparation - 8/7/06 | 34.74 |
| 12/12/06 | Statewide Subpoena - save subpoena in NJ | 85.00 |
| 12/29/06 | C. Donovan - working lunch meal 12/18/06 | 40.69 |
| 10/05/06 | Western Messenger Delivery Service on 10/05/06 By Anna Carr To Gibson Robb & Lindh, 100 First St., San Francisco. Job# 2174723. Invoice# 945801. | 5.75 |
| 12/12/06 | Federal Express on 12/12/06 | 7.64 |
| 12/14/06 | Federal Express on 12/14/06 | 8.68 |
| 10/02/06 | PACER Legal Research, Statement Dated 07/01/06 - 08/31/06. | 6.98 |
| 10/02/06 | PACER Legal Research, Statement Dated 07/01/06 - 08/31/06. | 1.73 |
| 10/13/06 | PACER Legal Research, Statement Dated 09/01/06 - 09/30/06. | 1.44 |
| 10/10/06 | Lexis research by SHARED, LIBRARIAN on 10/10/2006. | 12.60 |
| 10/10/06 | Lexis research by SHARED, LIBRARIAN on 10/10/2006. | 78.75 |
| 12/03/06 | Lexis research by SHARED, LIBRARIAN on 12/3/2006. | 1.80 |
| 12/03/06 | Lexis research by SHARED, LIBRARIAN on 12/3/2006. | 11.25 |
| 12/04/06 | Lexis research by MOOREHEAD, BRENNA on 12/4/2006. | 163.80 |
| 12/04/06 | Lexis research by SHARED, LIBRARIAN on 12/4/2006. | 2.70 |
| 12/04/06 | Lexis research by SHARED, LIBRARIAN on 12/4/2006. | 16.88 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 8.10 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 491.40 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 88.20 |
| 12/05/06 | Lexis research by NORRIS, AMY on 12/5/2006. | 11.25 |
| 12/06/06 | Lexis research by MOOREHEAD, BRENNA on 12/6/2006. | 0.99 |
| 12/06/06 | Lexis research by MOOREHEAD, BRENNA on 12/6/2006. | 12.68 |
| 12/06/06 | Lexis research by MOOREHEAD, BRENNA on 12/6/2006. | 0.03 |
| 12/06/06 | Lexis research by NORRIS, AMY on 12/6/2006. | 8.10 |
| 12/06/06 | Lexis research by NORRIS, AMY on 12/6/2006. | 6.30 |
| 12/06/06 | Lexis research by SHARED, LIBRARIAN on 12/6/2006. | 1.80 |
| 12/06/06 | Lexis research by SHARED, LIBRARIAN on 12/6/2006. | 5.63 |
| 12/07/06 | Lexis research by DONOVAN, CHARLES on 12/7/2006. | 104.40 |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

April 13, 2007
Invoice 222459899


## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/21/06 | A&A Legal Serv- 8/11/06 Personal Service: State Bank of India | 240.00 |
| 08/22/06 | Shari Moss & Assoc. - Depositions of Peggy Lavigne & Haldis Fearn 08/08/06 | 526.25 |
| 01/17/07 | M. Lauter - taxi fares to USF Law Library to aid research 1/9/07 | 32.00 |
| 01/25/07 | Wheels of Justice - Bullvant House Bailey, PC | 45.00 |
| 01/31/07 | Wheels of Justice - Judge Patel | 45.00 |
| 02/05/07 | Wheels of Justice - serve : Judge Patel | 45.00 |
| 03/02/07 | A&A Legal Service- 2/22 Personal Service:Robert Wetzel | 261.00 |
| 12/29/06 | Western Messenger Delivery Services on 12/29/06 By Brena Moorhead To Bullvant Houser Bailey, 601 California St., San Francisco. Job# 2217353. Invoice# 953459. | 8.05 |
| 01/03/07 | Western Messenger Delivery Services on 01/03/07 By Jenny Chin To USDC-San Fran, 450 Golden Gate Ave., San Francisco. Job# 2218704. Invoice# 953459. | 19.55 |
| 01/16/07 | Western Messenger Delivery Service on 01/16/07 By Jenny Chen To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 2223911. Invoice# 954694. | 9.78 |
| 01/23/07 | Western Messenger Delivery Service on 01/23/07 By Jenny Chin To USDc-San Fran, 450 Golden Gate Ave., San Francisco. Job# 2227125. Invoice# 955322. | 9.78 |
| 01/24/07 | Zoom Messenger Delivery Service on 01/24/07 By Arabella. Job Description: Deliv. Chambers Copy to: Hon. Patel, USDC SF, 450 Golden Gate. Invoice Dated 02/17/07. Invoice# SHP0701. | 12.00 |
| 01/30/07 | Western Messenger Deliver Service on 01/30/07 by Jenny To USDC-SF, 450 Golden Gate Ave., SF, CA. Job#2230401. Invoice#956012. | 24.00 |
| 02/16/07 | Western Messenger Delivery Service on 02/16/07 By Rose To USDC-San Fran, 450 Golden Gate Ave., San Francisco. Job# 2239728. Invoice# 957939. | 40.80 |
| 02/20/07 | Western Messenger Delivery Service on 02/20/07 By Jenny Chin To San Fran-USDC, 450 Golden Gate Ave., San Francisco. Job# 2240243. Invoice# 957939. | 22.80 |
| 01/02/07 | PACER Legal Research, Statement Dated 10/01/06 - 11/30/06. | 2.59 |
| 02/28/07 | PACER Legal Research. Statement Date 01/01/07 - 01/31/07. | 5.98 |
| 02/28/07 | PACER Legal Research. Statement Date 01/01/07 - 01/31/07. | 11.30 |
| 02/28/07 | PACER Legal Research. Statement Date 01/01/07 - 01/31/07. | 1.94 |
| 03/21/07 | PACER Legal Research, Statement Dated 02/01/07 - 02/28/07. | 7.27 |
| 03/21/07 | PACER Legal Research, Statement Dated 02/01/07 - 02/28/07. | 1.80 |