1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
3  AMY B. NORRIS, Cal. Bar No. 201147
BRENNA E. MOORHEAD, Cal. Bar No. 233425
4  Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
5  Telephone:    415-434-9100
Facsimile:    415-434-3947
6  Email:       cdonovan@sheppardmullin.com

7  Attorneys for Plaintiff APL Co. Pte. Ltd.

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  APL CO. PTE. LTD., | Case No. C 05-0646 MHP |
| 12          Plaintiff, | **AMENDED JUDGMENT** |
| 13    v. | |
| 14  UK AEROSOLS LTD.; U.G. CO., INC. doing business as "UNIVERSAL GROCERS CO."; | |
| 15  KAMDAR GLOBAL LLC; and IMP-EX SOLUTIONS, LLC, | |
| 16 | |
| 17          Defendants. | |

18       The record reflects that all parties received service of the summons and complaint.  UK

19  Aerosols Ltd. ("UK Aerosols") failed to answer the summons and complaint.  On May 4, 2006, the

20  Court entered UK Aerosols' default.  The remaining defendants appeared in this action.

21       On December 29, 2006, plaintiff APL Co. Pte. Ltd. ("APL") and defendants U.G. Co., Inc.

22  ("U.G.") and Kamdar Global LLC ("Kamdar") filed cross motions for summary judgment.  The

23  Court heard oral argument on these motion on February 5, 2007.  On February 23, 2007, this

24  Court granted APL's motion for summary judgment and denied U.G. and Kamdar's motion for

25  summary judgment.  APL has entered into a settlement with Imp-Ex Solutions, LLC ("Imp-Ex")

26  and agreed as part of that settlement to dismiss this action against Imp-Ex.

27       In accordance with the Court's findings of fact and conclusions of law, the Court enters

28  judgment as follows:

-1-

1       1.      In favor of APL and against UK Aerosols, U.G. and Kamdar, jointly and severally, in the amount of $733,963.10 (the "Judgment Amount") effective June 25, 2007, the date of original entry of judgment in this action.

          a.     APL is entitled to recover from UK Aerosols, U.G. and Kamdar, jointly and severally, the amount of $739,895.91 for damages incurred.

          b.     UK Aerosols, U.G. and Kamdar are entitled to a credit of $50,000.00, the amount APL has received in settlement from Imp-Ex, as of April 1, 2007.

          c.     APL is entitled to pre-judgment interest in the amount of $40,702.39 which accrued on $739,895.91 at a rate of 2.07% from August 3, 2004 through March 31, 2007.

          d.     APL is entitled to pre-judgment interest in the amount of $3,364.80 which accrued on $689,895.91 ($739,895.91 less the $50,000 credit) at a rate of 2.07% from April 1, 2007 through June 25, 2007.

          e.     The Court enters judgment in APL's favor and against UK Aerosols, U.G. and Kamdar for the Judgment Amount computed as follows:

| | |
|---|---|
| $739,895.91 | APL's Damages |
| (50,000.00) | Credit for Imp-Ex Settlement Amount |
| 40,702.39 | Pre-judgment interest through March 31, 2007 |
| + 3,364.80 | Prejudgment interest  April 1 to June 25, 2007 |
| $733,963.10 | Judgment Amount. |

       2.      The Judgment Amount shall accrue post-judgment interest in accordance with 28 U.S.C. § 1961 at 4.95% per annum from June 26, 2007 until paid.

       3.      The Court dismisses the action against Imp-Ex with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(ii).

-2-

AMENDED JUDGMENT
C-05-0646 MHP

Dated:  ___August 28_____, 2007

IT IS SO ORDERED

_____

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Approved as to form:

Dated:  August 28, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ Charles S. Donovan
_____
Charles S. Donovan
Attorneys for Plaintiff APL Co. Pte. Ltd.

Approved as to form:

Dated:  August 28, 2007

BULLIVANT HOUSER BAILEY PC

/s/ Marilyn Raia
_____
Marilyn Raia
Attorneys for Defendants U.G. Co., Inc. and Kamdar
Global LLC

Approved as to form:

Dated:  August 28, 2007

GIBSON ROBB & LINDH LLP

/s/ Stanley L. Gibson
_____
Stanley L. Gibson
Attorneys for Defendant Imp-Ex Solutions, LLC

-3-