# EXHIBIT B

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   CHARLES S. DONOVAN, Cal. Bar No. 103667
3  AMY B. NORRIS, Cal. Bar No. 201147
   BRENNA E. MOORHEAD, Cal. Bar No. 233425
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:     415-434-9100
   Facsimile:     415-434-3947
6  Email:         cdonovan@sheppardmullin.com

7  Attorneys for Plaintiff APL Co. Pte. Ltd.

Atty: Moorhead, Brenna (2216) 06LT-113892
APL Co. Pte Ltd v. UK Aerosols Ltd., et al.
cc: Donovan, Norris
PLD/CORR/Extra
Sent to D&C on  7-10-07

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11  APL CO. PTE. LTD.,                          Case No. C 05-0646 MHP

12              Plaintiff,

13       v.                                     **DECLARATION OF CHARLES S.
                                                DONOVAN IN SUPPORT OF APL CO.
14  UK AEROSOLS LTD.; U.G. CO., INC. doing      PTE. LTD.'S MOTION FOR
    business as "UNIVERSAL GROCERS CO.";        ATTORNEYS' FEES**
15  KAMDAR GLOBAL LLC; and IMP-EX
    SOLUTIONS, LLC,                             Date:       August 27, 2007
16                                              Time:       2:00 p.m.
                Defendants.                     Courtroom:  15
17

20       I, Charles S. Donovan, declare:

21       1.   I am a partner in the law firm of Sheppard Mullin Richter & Hampton LLP

22  ("Sheppard Mullin") and am admitted to practice before this Court.

23       2.   At all times mentioned in this Declaration, I have served as attorney for APL Co.

24  Pte. Ltd. ("APL") in pursuing its claims against UK Aerosols Ltd. ("UK Aerosols"), U.G. Co., Inc.

25  ("U.G."), and Kamdar Global LLC ("Kamdar") (collectively the "Merchants"), and Imp-Ex

26  Solutions, LLC ("Imp-Ex").

27       3.   I have personal knowledge of the facts stated in this Declaration, and, if called as a

28  witness, I could and would testify competently as to those facts.

W02-WEST:5AN\400357051.1               -1-
                                               DONOVAN DECLARATION ISO MOTION FOR
                                                              ATTORNEYS' FEES
                                                                C-05-0646 MHP

1   4.   I am a member of the State Bar of California having been admitted to practice here in 1982. I am a member of the bar of the Supreme Court of the United States, having been admitted in 1988. I was previously admitted to the Bar of Louisiana (in 1977) and the Bar of Massachusetts (also in 1977).

5.   I have practiced law continuously for over twenty-five years. I have extensive experience in litigating maritime disputes. I have given evidence as an expert in American maritime law in a number of courts outside the United States, including Belgium, Canada, Panama, Poland and South Africa. I am a member of the law faculty of the University of Southern California in Los Angeles.

6.   I served as lead counsel in this matter and was assisted by my associates Amy Norris, Brenna Moorhead and Michael Lauter. Ms. Norris has more than eight years of experience; Ms. Moorhead has more than two years of experience; and Mr. Lauter is in his first year of practice.

7.   In the Fall of 2004, APL retained Sheppard Mullin to advise and represent it in a claim arising from a breach of its bill of lading. APL and the Merchants were all parties to the bill of lading. On February 11, 2005, we filed a complaint in admiralty against the Merchants.

8.   On or about May 16, 2006, this Court entered UK Aerosols' default.

9.   On or about February 23, 2007, this Court issued summary judgment in favor of APL and against U.G. and Kamdar. On June 25, 2007, this Court also issued a judgment in favor of APL and against the defendants.

10.   Until December 31, 2004, my hourly rate was $440 and Ms. Norris' was $325. On January 1, 2005, my hourly rate changed to $490 and Ms. Norris' to $370. During 2005, Ms. Moorhead began to assist us on this matter and her hourly rate was $240. On January 1, 2006, my hourly rate changed to $540, Ms. Norris' to $410 and Ms. Moorhead's to $275. During 2006, Mr. Lauter began to assist us on this matter and his hourly rate was $250. Since January 1, 2007, my hourly rate has been $585, Ms. Norris' $425, Ms. Moorhead's $325 and Mr. Lauter's $260. Throughout the course of the litigation, we also received assistance from several law clerks and paralegals. The law clerks' hourly rate was $195 and the paralegals' was $215.

1  11.  Our hourly rates are commensurate with the prevailing market rate for comparable legal services in this community. Sheppard Mullin Richter & Hampton LLP sets its hourly rates after canvassing the marketplace and assessing what our competitors charge for lawyers of comparable experience and stature. As a partner in this firm, I am involved in the rate-setting process.

12.  APL has spent more than $641,000.00 in attorneys' fees and $34,235.00 in non-taxable costs pursuing its claims against the Merchants. APL spent additional amounts in pursuing its claims against Imp-Ex but has deducted those fees from the total amount requested in the motion for attorneys' fees.

13.  All of the fees and costs relating to the claims against the Merchants were necessary to obtain a judgment against them to reimburse APL for the damages suffered by breach of the bill of lading.

14.  I have reviewed the fee statements generated in connection with this matter. Copies of those statement relating to the dispute with the Merchants and Imp-Ex are attached to the Norris Declaration which we are filing simultaneously. The attorney hours and disbursements set forth in those billing statements were reasonable and necessary to litigate this claim successfully. We made every effort, to allocate responsibilities to avoid duplication of effort and to achieve efficient, competent representation based upon the appropriate level of experience. As the responsible partner for this matter, I reviewed each billing statement before it was finalized and exercised my judgment when necessary to adjust the amounts reflected where I determined that certain work was not done efficiently or otherwise felt an adjustment was warranted given the nature of a particular task.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July 2007 at San Francisco, California.

/s/ Charles S. Donovan
_____
Charles S. Donovan

W02-WEST:5AN\400357051.1

-3-

DONOVAN DECLARATION ISO MOTION FOR ATTORNEYS' FEES
C-05-0646 MHP

**Anna Carr**

**From:** ECF-CAND@cand.uscourts.gov
**Sent:** Monday, July 09, 2007 10:26 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:05-cv-00646-MHP APL Co. Pte. Ltd. v. UK Aerosols Ltd. et al Declaration in Support

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Norris, Amy entered on 7/9/2007 10:25 PM and filed on 7/9/2007
**Case Name:** APL Co. Pte. Ltd. v. UK Aerosols Ltd. et al
**Case Number:** 3:05-cv-646
**Filer:** APL Co. Pte. Ltd.
**WARNING: CASE CLOSED on 06/25/2007**
**Document Number:** 167

**Docket Text:**
Declaration of Charles S. Donovan in Support of [166] MOTION for Attorney Fees filed byAPL Co. Pte. Ltd.. (Related document(s)[166]) (Norris, Amy) (Filed on 7/9/2007)

**3:05-cv-646 Notice has been electronically mailed to:**

Nicholas Scott Barnhorst    nbarnhorst@scmv.com, stanton@scmv.com

7/10/2007

Charles S. Donovan    cdonovan@sheppardmullin.com

Stanley Lee Gibson    efiling@gibsonrobb.com, sgibson@gibsonrobb.com, ssmith@gibsonrobb.com

Jack R. Leer    leer@scmv.com, meyer@scmv.com

Brenna E. Moorhead    bmoorhead@sheppardmullin.com, acarr@sheppardmullin.com

Amy B. Norris    anorris@sheppardmullin.com

Marilyn Raia    marilyn.raia@bullivant.com, sanfranciscodocketing@bullivant.com

Ronald Lee Richman    ron.richman@bullivant.com, sanfranciscodocketing@bullivant.com

Norman Jorgen Ronneberg , Jr    norman.ronneberg@bullivant.com, #sanfranciscodocketing@bullivant.com, debbie.fong@bullivant.com

**3:05-cv-646 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\Norris Documents\APL\Donovan Declaration ISO Fees Motion.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/9/2007] [FileNumber=3583210-0] [
46386fe6d2d893bceff9ff7681c15aab78f0cd5f261ca314ff92cc255152758849fe40
344ca5833173932cd4233474a48cfa082d46a15c789816fe8f651d95f2]]

7/10/2007