# EXHIBIT C

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   CHARLES S. DONOVAN, Cal. Bar No. 103667
3  BRENNA E. MOORHEAD, Cal. Bar No. 233425
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:  415-434-9100
5  Facsimile:  415-434-3947

6  Attorneys for APL Co. Pte. Ltd.

*filed 10-27-09*
Atty:  Moorhead, Brenna (2216) 06LT-113892
APL Co. Pte Ltd v. UK Aerosols Ltd., et al.
cc: Donovan, ~~Norris~~
PLD/CORR/Extra
Sent to D&C on  *10-29-09*

7

8              UNITED STATES COURT OF APPEALS

9                  FOR THE NINTH CIRCUIT

10  APL CO. PTE. LTD.,                      U.S. Court of Appeals Docket Nos. 07-
                                            16739 & 08-15078
11          Plaintiff-Appellee,
                                            U.S. District Court Case No. CV-05-
12      v.                                  00646-MHP

13  VALLEY FORGE INSURANCE                  **DECLARATION OF BRENNA E.**
    COMPANY,                                **MOORHEAD IN SUPPORT OF APL**
14          Defendant-Intervenor,           **CO. PTE. LTD.'S APPLICATION**
                                            **FOR ATTORNEYS' FEES**
15          and
                                            Date of Decision:  September 21, 2009
16  U.G. CO., INC. dba UNIVERSAL
    GROCERS; KAMDAR GLOBAL,                 Panel:  J. Wallace, Thomas, and Bybee,
17  LLC,                                    Circuit Judges

18          Defendants-Appellants.

19  APL CO. PTE. LTD.,

20          Plaintiff-Appellant,

21      v.

22  VALLEY FORGE INSURANCE
    COMPANY,
23          Defendant-Intervenor-
                    Appellee,
24
            and
25
    U.G. CO., INC. dba UNIVERSAL
26  GROCERS; KAMDAR GLOBAL,
    LLC,
27
            Defendant-Appellees.
28

1      I, Brenna E. Moorhead, declare:

2      1.      I am associated with the law firm of Sheppard Mullin Richter &
3  Hampton LLP and am admitted to practice before this Court.

4      2.      At all times mentioned in this Declaration, I have served as attorney for
5  APL Co. Pte. Ltd. ("APL") in pursuing its claims against UK Aerosols Ltd. ("UK
6  Aerosols"); U.G. Co., Inc. dba Universal Grocers ("U.G."); Kamdar Global, LLC
7  ("Kamdar"); and intervenor Valley Forge Insurance Company ("Valley Forge").

8      3.      I have personal knowledge of the facts stated in this Declaration, and, if
9  called as a witness, I could and would testify competently as to those facts.

10     4.      On February 23, 2007, the District Court granted APL's motion for
11 summary judgment.

12     5.      On June 25, 2007, Valley Forge filed its motion seeking to intervene on
13 behalf of U.G. and Kamdar.  On August 2, 2007, the District Court granted Valley
14 Forge's motion to intervene for the limited purpose of pursuing the appeal.

15     6.      On July 9, 2007, APL filed its motion to recover attorneys' fees and
16 non-taxable costs.

17     7.      On August 29, 2007, the District Court filed its stipulated amended
18 judgment.  On September 19, 2007, Valley Forge filed notice with the District Court
19 of its intention to appeal the District Court's amended judgment and all the
20 interlocutory orders that gave rise to the Amended Judgment.

21     8.      On October 30, 2007, the District Court issued its Memorandum &
22 Order (dated Oct. 29, 2007) denying APL's motion for attorneys' fees.  On
23 November 29, 2007, APL filed notice with the District Court of its intention to
24 appeal the District  Court's order denying attorneys' fees.

25     9.      APL and Valley Forge submitted two volumes of joint excerpts of the
26 record on or before July 18, 2008.  Valley Forge filed its opening brief on or before
27 July 18, 2008.  APL filed its opening brief on the issue of attorneys' fees on July 18,
28 2008.

W02-WEST:5BM1\402274382.1

10.    APL filed its answering brief to Valley Forge's opening brief on September 19, 2008.  Valley Forge filed its answering brief on the issue of attorneys' fees on or before September 19, 2008.

11.    Valley Forge and APL filed their respective reply briefs on or before October 3, 2008.

12.    This Court heard oral arguments from APL and Valley Forge on March 12, 2009.  Subsequently, the Court entered its opinion and order on September 21, 2009.  The Court affirmed the District Court's judgment in favor of APL on the issue of liability, and reversed the District Court's decision to deny APL attorneys' fees and remanded this matter to the District Court.

13.    Between September 19, 2007, when Valley Forge filed its Notice of Appeal with the District Court, and March 12, 2009, when APL and Valley Forge presented their oral arguments to this Court, APL's attorneys billed more than 424 hours that are attributable to the prosecution of this appeal.

14.    APL incurred $200,564.52 in attorneys' fees to prosecute this appeal. All of these fees were necessary to prosecute the appeal.

15.    The time entries of APL's attorneys are summarized on the Application for Attorneys' Fees submitted simultaneously with this declaration and detail of the time entries appears in the excerpts from APL's attorney's bills that are attached to this declaration as Exhibits A-G.

I declare under the penalty of perjury that the above statements are true. Executed this 27th day of October 2009 at San Francisco, California.

Brenna E. Moorhead

# EXHIBIT

# A



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

<u>*Remittance Copy*</u>
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ▮▮▮▮▮▮
October 12, 2007
Invoice 222510662

| | |
|---|---|
| Our Matter No. | 06LT-113892 |
| | APL - UK Aerosols |
| Billing Atty: | Charles S. Donovan |

**Your Reference No.** M18048505

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Current Fees | $ 51,982.00 |
| Current Disbursements | $ 1,251.71 |
| Total Current Activity | $ 53,233.71 |
| Total Due for This Invoice | $ 53,233.71 |

**WIRING INSTRUCTIONS FOR SMRH**

**Bank of America**
**LA Regional Commercial Banking Center**
**525 South Flower Street**
**Los Angeles, CA 90071**
**ABA Routing #:** ▮▮▮▮▮▮▮

**For the Benefit of Sheppard, Mullin, Richter**
**& Hampton**
**Account #:** ▮▮▮▮▮▮▮

**Please include in instructions:**
**Bank of America Wire Center — Please**
**contact Amy Chow (213) 617-5459 upon**
**receipt**

Payment Terms:  Balance due upon receipt of this statement.



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

October 12, 2007
Invoice 222510662
Page 7 of 10

## FEE DETAIL

| <u>Date</u> | <u>Description of Services</u> | <u>Tkpr</u> | <u>Hours</u> |
|---|---|---|---|
| 08/30/07 | Review amended judgment.  Email to S. Palmer. | 0279 | .70 hrs. |
| 08/30/07 | Confer with Charley Donovan ███████████████ ████  Confer with Judge Patel's clerk regarding motion for attorneys' fees. | 2139 | .30 hrs. |
| 09/18/07 | Review appeal status.  Conference with T. Perry. | 0279 | .30 hrs. |
| 09/19/07 | Confer with Charley Donovan ██████████████ Analyze notice of appeal and civil appeals docketing statement. | 2139 | .30 hrs. |
| 09/20/07 | Email from B. Moorhead re U.G. and Kamdar appeal. | 0279 | .40 hrs. |
| 09/20/07 | Received and read U.G. and Valley Forge's notice of appeal.  Sent email to A. Norris and C. Donovan. | 2216 | .20 hrs. |
| 09/21/07 | Review notice of appeal.  Email to S. Chazan and S. Palmer. | 0279 | 1.20 hrs. |
| 09/21/07 | Forwarded notice of appeal and associated documents received to C. Donovan and A. Norris. | 2216 | .20 hrs. |
| 09/24/07 | Email message from S. Chazan.  Prepare budget for appeal. | 0279 | .80 hrs. |
| 09/25/07 | Discussed appeal with A. Norris.  Researched ██████████ ███████████████████ ██████████████.  Exchanged email with A. Norris regarding next steps. | 2216 | 1.90 hrs. |
| 09/26/07 | Confer with Brenna Moorhead ███████████████████ ████████████████ | 2139 | .20 hrs. |
| 09/26/07 | Received notices from clerk of court.  Discussed ██████████ ██████ with A. Norris. | 2216 | .20 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892:  APL - UK Aerosols
Charles S. Donovan

October 12, 2007
Invoice 222510662
Page 8 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/27/07 | Review Civil Appeals Docketing Statement submitted by defendants.  Evaluate possible response.   Email to A. Norris and B. Moorhead. | 0279 | 2.20 hrs. |
| 09/27/07 | Confer with Charley Donovan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2139 | .20 hrs. |
| 09/27/07 | Reviewed Defendants' Docketing Statement.  Exchanged email with A. Norris and C. Donovan ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮.  Received and read court docket sent by clerk to court of appeals. | 2216 | .50 hrs. |

### SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 19.10 | $ 585.00 | $ 11,173.50 |
| 2138 | Brian R. Blackman | 6.00 | $ 425.00 | $ 2,550.00 |
| 2139 | Amy B. Norris | 48.80 | $ 425.00 | $ 20,740.00 |
| 2216 | Brenna Moorhead | 46.40 | $ 325.00 | $ 15,080.00 |
| 1954 | Roxana Vatanparast | 11.80 | $ 195.00 | $ 2,301.00 |
| 0497 | Mathilde Kapuano | .50 | $ 275.00 | $ 137.50 |

**Total Fees for Professional Services**   $ 51,982.00

# EXHIBIT

# B



**SHEPPARD MULLIN**

ATTORNEYS AT LAW



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

---

***Remittance Copy***
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ▆▆▆▆▆▆
January 9, 2008
Invoice 222533591

| | |
|---|---|
| Our Matter No. | 06LT-113892 |
| | APL - UK Aerosols |
| Billing Atty: | Charles S. Donovan |

**Your Reference No.**   M18048505

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2007

| | | |
|---|---|---|
| Current Fees | $ 13,516.50 | |
| Current Disbursements | $ 190.29 | |
| | | |
| Total Current Activity | | $ 13,706.79 |
| Total Due for This Invoice | | $ 13,706.79 |

Payment Terms: Balance due upon receipt of this statement



**SHEPPARD MULLIN**

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

January 9, 2008
Invoice 222533591
Page 2 of 5

## FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2007

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 10/01/07 | Email from A. Norris.  Prepare budget for appeal. | 0279 | 1.20 hrs. |
| 10/01/07 | Analyze scheduling order and Ninth Circuit Court of Appeals procedural rules.  Correspond with Charley Donovan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2139 | .60 hrs. |
| 10/02/07 | Emails from B. Moorhead, A. Norris.  Review transcript designation. | 0279 | .60 hrs. |
| 10/02/07 | Review  papers from the 9th Circuit of Appeals including Time Schedule Order.  Exchanged email with A. Norris ▮▮▮▮▮▮▮▮▮.  Review docket sent by clerk to appeals court. | 2216 | .50 hrs. |
| 10/18/07 | Analyze order granting motion to tax costs.  Correspond with Shoshana Chazan and Simon Palmes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2139 | .40 hrs. |
| 10/22/07 | Analyze Order Setting Assessment Conference. | 2139 | .10 hrs. |
| 10/25/07 | Prepare budget for appeal.  Email to S. Chazan, S. Palmer. | 0279 | 2.40 hrs. |
| 10/25/07 | Analyze proposed budget for appeal.  Correspond with Charley Donovan regarding proposed budget for appeal. | 2139 | .10 hrs. |
| 10/29/07 | Email from S. Chazan.  Reply. | 0279 | .70 hrs. |
| 10/30/07 | Review Judge Patel's order on attorneys fees.  Email to S. Chazan and S. Palmer.  Conference with A. Norris. | 0279 | 2.30 hrs. |
| 10/30/07 | Analyze order denying motion for attorneys' fees.  Confer with Charley Donovan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2139 | 1.10 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

January 9, 2008
Invoice 222533591
Page 3 of 5

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 10/30/07 | Read draft of email to client. Read previous decisions of Judge Patel. | 2443 | 1.50 hrs. |
| 10/31/07 | Finished reading previous orders in the litigation. | 2443 | .30 hrs. |
| 11/01/07 | Email from D. Harley. Email to A. Norris. | 0279 | .40 hrs. |
| 11/01/07 | Researched ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2139 | .20 hrs. |
| 11/01/07 | Exchanged email with A. Norris.▮▮▮▮▮▮▮▮▮▮▮▮▮ Researched appeal deadlines and procedures. | 2216 | 1.70 hrs. |
| 11/09/07 | Email to S. Chazan. | 0279 | .20 hrs. |
| 11/13/07 | Conference call with S. Chazan, E. Swett, D. Harley, A. Norris. Conference with A. Norris. Email from A. Norris. | 0279 | 1.40 hrs. |
| 11/13/07 | Participate in conference call with David Harley, Shoshana Chazan, Eric Swett and Charley Donovan. Correspond with David Harley, Shoshana Chazan and Eric Swett ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2139 | 1.10 hrs. |
| 11/21/07 | Email from E. Swett. Email to E. Swett outlining analysis ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0279 | 1.40 hrs. |
| 11/26/07 | Corresponded with Charley Donovan, Brenna Moorhead and Tim Perry ▮▮▮▮▮▮▮▮▮▮▮ | 2139 | .10 hrs. |
| 11/26/07 | Checked docket. Drafted notice of appeal and supporting documents. | 2443 | 2.90 hrs. |
| 11/27/07 | Emails re▮▮▮▮▮▮▮▮▮▮▮ | 0279 | .80 hrs. |
| 11/27/07 | Confer with Eric Swett regarding ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Correspond with Brenna Moorhead ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2139 | .20 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

---

06LT-113892: APL - UK Aerosols                                      January 9, 2008
Charles S. Donovan                                              Invoice 222533591
                                                                    Page 4 of 5

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 11/27/07 | Exchanged email with A. Norris regarding ▇▇▇▇▇▇▇ ▇▇▇▇. | 2216 | .20 hrs. |
| 11/29/07 | Review and revise notice of appeal.  Conference with T. Perry. | 0279 | .80 hrs. |
| 11/29/07 | Correspond with Eric Swett ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  Confer with Eric Swett ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇.  Confer with Charley Donovan ▇▇▇▇▇ ▇▇▇▇.  Confer with Tim Perry ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  Analyze and revise notice of appeal, civil docketing sheet and statement of representation. | 2139 | 1.10 hrs. |
| 11/29/07 | Exchanged email and spoke with T. Perry ▇▇▇▇▇▇▇▇ ▇▇▇▇.  Provided order for notice of appeal. | 2216 | .20 hrs. |
| 11/29/07 | Completed and filed notice of appeal. | 2443 | 2.10 hrs. |
| 11/30/07 | Attend mediation determination conference by phone. | 0279 | .60 hrs. |
| 11/30/07 | Attended preliminary mediation evaluation conference. | 2443 | .60 hrs. |
| 12/03/07 | Email to E. Swett and D. Harley ▇▇▇▇▇▇▇▇▇▇. | 0279 | .30 hrs. |
| 12/04/07 | Participated in conference with court of appeals mediator, opposing counsel and Brenna Moorhead. | 2139 | .50 hrs. |
| 12/04/07 | Read and received order from Ninth Circuit regarding mediation. | 2216 | .10 hrs. |
| 12/05/07 | Email from A. Norris.  Conference with A. Norris. | 0279 | .20 hrs. |
| 12/05/07 | Corresponded with Eric Swett and David Harley regarding ▇▇▇▇▇▇▇▇▇▇▇. | 2139 | .20 hrs. |
| 12/05/07 | Received and read order regarding mediation. | 2216 | .10 hrs. |



**48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448**
**213-620-1780** *office* | **213-620-1398** *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

January 9, 2008
Invoice 222533591
Page 5 of 5

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 12/11/07 | Participate in conference with court of appeals mediator and opposing counsel. | 2139 | .30 hrs. |
| 12/11/07 | Coordinated with A. Norris regarding telephonic conference and next steps. Exchanged email with T. Perry ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2216 | .30 hrs. |
| 12/19/07 | Reviewed order and mediation schedule. | 2216 | .10 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 13.30 | $ 585.00 | $ 7,780.50 |
| 2139 | Amy B. Norris | 6.00 | $ 425.00 | $ 2,550.00 |
| 2216 | Brenna Moorhead | 3.20 | $ 325.00 | $ 1,040.00 |
| 2443 | Timothy C. Perry | 7.40 | $ 290.00 | $ 2,146.00 |

**Total Fees for Professional Services**      **$ 13,516.50**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/21/07 | Lexis research by DONOVAN, CHARLES on 11/21/2007. | 29.02 |
| 11/21/07 | Lexis research by DONOVAN, CHARLES on 11/21/2007. | 20.70 |
| 11/21/07 | Lexis research by DONOVAN, CHARLES on 11/21/2007. | 6.52 |
| | Duplication | 124.00 |
| | Postage | 10.05 |

**Total Disbursements**      **$ 190.29**

# EXHIBIT
# C



**SHEPPARD MULLIN**

A T T O R N E Y S   A T   L A W

48th Floor │ 333 South Hope Street │ Los Angeles, CA 90071-1448
213-620-1780 *office* │ 213-620-1398 *fax* │ *www.sheppardmullin.com*

---

<u>*Remittance Copy*</u>
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ████████
April 3, 2008
Invoice 222555836

| | |
|---|---|
| Our Matter No. | 06LT-113892 |
| | APL - UK Aerosols |
| Billing Atty: | Charles S. Donovan |

**Your Reference No.**  M18048505

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2008

| | |
|---|---|
| Current Fees | $ 39,424.00 |
| Current Disbursements | $ 2,228.92 |

| | |
|---|---|
| Total Current Activity | $ 41,652.92 |
| Total Due for This Invoice | $ 41,652.92 |

Payment Terms:  Balance due upon receipt of this statement.



**SHEPPARD MULLIN**

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols                                   April 3, 2008
Charles S. Donovan                                          Invoice 222555836
                                                                 Page 2 of 7

## FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2008

## **FEE DETAIL**

| <u>Date</u> | <u>Description of Services</u> | <u>Tkpr</u> | <u>Hours</u> |
|---|---|---|---|
| 01/09/08 | Email from E. Swett.  Conference with A. Norris. | 0279 | .40 hrs. |
| 01/10/08 | Email to E. Swett. | 0279 | 1.10 hrs. |
| 01/10/08 | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Confer with Charley Donovan and Eric Swett ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. | 2139 | .70 hrs. |
| 01/10/08 | Received and read email from E. Swett regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2216 | .10 hrs. |
| 01/11/08 | Read and received emails from E. Swett and M. Peterson ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Received and read court notices regarding transfer of notice of appeal.  Received and read email from N. Daniels regarding ▮▮▮▮▮▮▮▮▮. | 2216 | .10 hrs. |
| 01/17/08 | Reviewed time order schedule, letter to counsel, and general information issued by the Court. | 2216 | .20 hrs. |
| 01/22/08 | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. | 2443 | 3.60 hrs. |
| 01/23/08 | Conference with T. Perry.  Prepare message to E. Swett re ▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0279 | 2.20 hrs. |
| 01/23/08 | Continue to research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Confer with Charles Donovan. | 2443 | 2.90 hrs. |
| 01/31/08 | Read order from Court regarding consolidation for mediation and notice regarding electronic filing. | 2216 | .20 hrs. |
| 02/14/08 | Reviewed upcoming deadlines for mediation. | 2216 | .10 hrs. |
| 02/27/08 | Conferred with A. Norris on mediation brief. | 2216 | .20 hrs. |



SHEPPARD MULLIN

ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

06LT-113892: APL - UK Aerosols
Charles S. Donovan

April 3, 2008
Invoice 222555836
Page 3 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 03/04/08 | Analyze court order regarding mediation. Confer with Brenna Moorhead regarding mediation brief. Prepare legal argument for mediation brief. | 2139 | 3.10 hrs. |
| 03/04/08 | Discussed mediation brief with A. Norris. | 2216 | .20 hrs. |
| 03/05/08 | Prepare mediation brief. | 2139 | 4.00 hrs. |
| 03/05/08 | Reviewed requirements for mediation brief. Drafted factual and procedural background. | 2216 | 1.20 hrs. |
| 03/06/08 | Prepared for mediation. Prepared mediation brief. | 2139 | 3.50 hrs. |
| 03/06/08 | Drafted factual and procedural background, parties' interests and obstacles to settlement for mediation brief. Calculated judgment amount and interest. Forwarded to A. Norris for review. | 2216 | 3.40 hrs. |
| 03/07/08 | Conference with A. Norris. Review mediation brief. Email from E. Swett. Reply. | 0279 | 1.30 hrs. |
| 03/07/08 | Confer with Brenna Moorhead ▐▐▐▐▐▐▐▐▐▐▐▐▐▐. Finalize and file mediation brief. Calculate amount of post judgment interest. Confer and correspond with Eric Swett ▐▐▐▐▐▐▐▐▐▐▐▐. | 2139 | 4.10 hrs. |
| 03/07/08 | Discussed ▐▐▐▐▐▐▐▐▐▐▐▐ A. Norris. | 2216 | .10 hrs. |
| 03/07/08 | Research ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐. | 2443 | 1.10 hrs. |
| 03/10/08 | Conference call with clients and Britannia's D. Harley. Prepare for mediation. Conference with E. Swett ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐. | 0279 | 2.80 hrs. |



**SHEPPARD MULLIN**

ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

April 3, 2008
Invoice 222555836
Page 4 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 03/10/08 | Confer with Eric Swett, David Harley and Charley Donovan ▓▓▓▓▓▓▓ Analyze mediation brief filed by Valley Forge. Strategize with Charley Donovan ▓▓▓ | 2139 | .80 hrs. |
| 03/11/08 | Prepare for and attend mediation at Court of Appeals. Conferences with A. Norris. Review file. Research ▓▓▓▓▓▓▓ Report to D. Harley. | 0279 | 7.40 hrs. |
| 03/11/08 | Confer with Charley Donovan ▓▓▓▓▓▓▓ Analyze discovery, correspondence and case management statements ▓▓▓ ▓▓▓ Confer with Charley Donovan ▓▓▓▓▓▓▓ | 2139 | 2.90 hrs. |
| 03/11/08 | Discussed ▓▓▓ with A. Norris and with C. Donovan. Researched ▓▓▓▓ | 2216 | 1.20 hrs. |
| 03/12/08 | Email from E. Swett. Reply. Conference with A. Norris. Review email from UG attorney. Email to E. Swett. | 0279 | 1.80 hrs. |
| 03/12/08 | Corresponded with counsel for U.G. regarding supercedes bond. Analyzed correspondence from U.G.'s counsel regarding refusal to post supercedes bond and reservation of rights. Conferred with Charley Donovan ▓▓▓▓▓ Corresponded with Eric Swett ▓▓▓▓▓▓▓ | 2139 | 1.00 hrs. |
| 03/12/08 | Research ▓▓▓▓▓▓▓ ▓▓▓▓ | 2443 | 3.30 hrs. |
| 03/13/08 | Email from D. Harley. Review ▓▓▓▓ ▓▓▓▓ Email to D. Harley. | 0279 | 1.60 hrs. |
| 03/14/08 | Researched ▓▓▓▓▓▓ ▓▓▓▓▓ | 2139 | 2.50 hrs. |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

April 3, 2008
Invoice 222555836
Page 5 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 03/14/08 | Received order consolidating cases and setting briefing schedule. | 2216 | .10 hrs. |
| 03/14/08 | Research issues ███████████████████████ ████████████████████████ █████████ | 2443 | 4.50 hrs. |
| 03/17/08 | Researched █████████████████████ ████████████████████████ ████████████████████████ ████████ | 2139 | 3.00 hrs. |
| 03/18/08 | Conference with A. Norris, T. Perry. Review appeal status. Order from Court of Appeals. | 0279 | 1.20 hrs. |
| 03/18/08 | Researched ████████████████████ ████████████████████████ ████████████████████████ ██████ Conferred with Charley Donovan and Tim Perry ████████████████████████ | 2139 | 6.10 hrs. |
| 03/18/08 | Prepare for meeting and attend meeting with Charles Donovan and Amy Norris ███████████ | 2443 | 1.10 hrs. |
| 03/19/08 | Email from A. Norris ██████ Reply. Conference with A. Norris. | 0279 | .60 hrs. |
| 03/21/08 | Review Valley Forge pleadings. Research ████████ Conference with A. Norris. | 0279 | 2.40 hrs. |



**SHEPPARD MULLIN**

ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892:  APL - UK Aerosols
Charles S. Donovan

April 3, 2008
Invoice 222555836
Page 6 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 03/21/08 | Research ███████████████████████ ████████████████. Conferred with Charles Donovan ████ ████████████████████████ ████████████ | 2139 | 3.10 hrs. |
| 03/25/08 | Email from E. Swett.  Conference with A. Norris.  Reply. | 0279 | 1.20 hrs. |
| 03/27/08 | Review ██████████████.  Email to A. Norris. | 0279 | .30 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 24.30 | $ 625.00 | $ 15,187.50 |
| 2139 | Amy B. Norris | 34.80 | $ 475.00 | $ 16,530.00 |
| 2216 | Brenna Moorhead | 7.10 | $ 365.00 | $ 2,591.50 |
| 2443 | Timothy C. Perry | 16.50 | $ 310.00 | $ 5,115.00 |

**Total Fees for Professional Services**          **$ 39,424.00**

# EXHIBIT

# D



**SHEPPARD MULLIN**

SHEPPARD MULLIN, RICHTER & HAMPTON LLP

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

*Remittance Copy*
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ▮▮▮▮▮▮
July 28, 2008
Invoice 222586558

Our Matter No.   06LT-113892
                 APL - UK Aerosols
Billing Atty:    Charles S. Donovan

**Your Reference No.**   M18048505

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2008

| | |
|---|---|
| Current Fees | $ 20,890.00 |
| Current Disbursements | $ 461.98 |
| Total Current Activity | $ 21,351.98 |
| Total Due for This Invoice | $ 21,351.98 |

Payment Terms:  Balance due upon receipt of this statement.



**SHEPPARD MULLIN**

SHEPPARD MULLIN RICHTER & HAMPTON LLP

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

06LT-113892: APL - UK Aerosols
Charles S. Donovan

July 28, 2008
Invoice 222586558
Page 2 of 4

## FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2008

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 04/03/08 | Conferred with C. Donovan ███████ ███████ | 2139 | .20 hrs. |
| 04/15/08 | Letter from defendants' attorney. Prepare response. Conferences with colleagues. | 0279 | 2.40 hrs. |
| 04/15/08 | Read email and documents.███████████ ████ | 2216 | .30 hrs. |
| 04/16/08 | Review issues███████████. Emails to and conferences with colleagues. | 0279 | 3.70 hrs. |
| 04/23/08 | Prepare letter to defendants' counsel. | 0279 | .80 hrs. |
| 05/05/08 | Conference with E. Swett. Email to E. Swett. | 0279 | .40 hrs. |
| 05/14/08 | Trip to APL to see E. Swett. | 0279 | .40 hrs. |
| 05/15/08 | Emails to/from clients ███████ | 0279 | .30 hrs. |
| 05/16/08 | Conference call with clients ███████ Emails to/from clients. | 0279 | 1.80 hrs. |
| 05/16/08 | Confer with Eric Swett, Mark Peterson, Peggy LaVigne, Marty Gordon and Charley Donovan███████ ███████ Conferred with Charley Donovan ███████ ███████ | 2139 | 1.80 hrs. |
| 05/19/08 | Conference with defendants' attorney re appeal. Report to clients. Email from M. Peterson. Reply. | 0279 | 2.20 hrs. |
| 05/19/08 | Reviewed emails between M. Peterson, M. Gordon and C. Donovan███████ | 2216 | .10 hrs. |



48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols                                    July 28, 2008
Charles S. Donovan                                        Invoice 222586558
                                                                  Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 05/21/08 | Conference with A. Norris ███████████ | 0279 | .40 hrs. |
| 05/29/08 | Conferred with Megan Yelle ████████████████ ██████████████ | 2139 | .30 hrs. |
| 05/29/08 | Discussed project with A. Norris. Research ██████████ ████████████ | 2553 | 2.80 hrs. |
| 05/30/08 | Researched case law ████████████ ██████   Drafted memorandum to C. Donovan re same. | 2553 | 3.40 hrs. |
| 06/03/08 | Conferred with Charley Donovan ████████████ | 2139 | .30 hrs. |
| 06/05/08 | Discussed memorandum and research  with C. Donovan. | 2553 | .30 hrs. |
| 06/17/08 | Prepare brief for court of appeals. | 0279 | 3.70 hrs. |
| 06/17/08 | Researched and analyzed case law ███████████ ████████████████ | 2553 | 2.80 hrs. |
| 06/18/08 | Memo from M. Yelle.  Conference with M. Yelle.  Prepare brief for court of appeals. | 0279 | 5.20 hrs. |
| 06/18/08 | Research and analyzed case law ███████████ ████████. | 2553 | 1.30 hrs. |
| 06/19/08 | Email to E. Swett.  Prepare brief for court of appeals. | 0279 | 3.70 hrs. |
| 06/26/08 | Conferred with Charley Donovan ████████████ | 2139 | .20 hrs. |
| 06/27/08 | Began reviewing court documents received from A. Norris in preparation for drafting memo. | 2512 | 1.00 hrs. |
| 06/30/08 | Conferred with Aidan Toombs ████████████ ████ | 2139 | .30 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

July 28, 2008
Invoice 222586558
Page 4 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 06/30/08 | Conferenced with A. Norris regarding project. ████ ████████████████████████████ ██████ | 2512 | 3.50 hrs. |
| 06/30/08 | Researched and analyzed case law ████████████ ████████████ Drafted memorandum to C. Donovan re same. | 2553 | 3.60 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 25.00 | $ 625.00 | $ 15,625.00 |
| 2139 | Amy B. Norris | 3.10 | $ 475.00 | $ 1,472.50 |
| 2216 | Brenna Moorhead | .40 | $ 365.00 | $ 146.00 |
| 2512 | T. Aidan Toombs | 4.50 | $ 195.00 | $ 877.50 |
| 2553 | Megan Yelle | 14.20 | $ 195.00 | $ 2,769.00 |

**Total Fees for Professional Services**            **$ 20,890.00**

## SUMMARY OF DISBURSEMENTS

| 06/30/08 | Westlaw research by TOOMBS,AIDAN, on 6/30/2008. | 461.48 |
|----------|------------------------------------------------|--------|
|          | Duplication | 0.50 |

**Total Disbursements**            **$ 461.98**

# EXHIBIT

# E



**SHEPPARD M̶ ̶ ̶ ̶ IN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

*Remittance Copy*
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ████████
October 10, 2008
Invoice 222608343

Our Matter No.    06LT-113892
                  APL - UK Aerosols
Billing Atty:     Charles S. Donovan

**Your Reference No.**    M18048505

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2008

| | |
|---|---|
| Current Fees | $ 94,915.00 |
| Current Disbursements | $ 3,865.73 |
| Total Current Activity | $ 98,780.73 |
| Total Due for This Invoice | $ 98,780.73 |

Payment Terms: Balance due upon receipt of this statement.



SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

October 10, 2008
Invoice 222608343
Page 2 of 9

## FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2008

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/01/08 | Conference with A. Norris.  Prepare brief for court of appeals. | 0279 | 1.50 hrs. |
| 07/01/08 | Researched and analyzed case law ▆▆▆▆▆▆▆ | 2553 | 4.30 hrs. |
| 07/01/08 | Researched case ▆▆▆▆▆▆▆▆▆▆ | 2512 | 5.30 hrs. |
| 07/02/08 | Conferred with Aidan Toombs regarding ▆▆▆▆ ▆▆▆▆▆▆  Analyzed rules of procedure regarding filing of appellate brief.  Corresponded with Eric Swett ▆▆▆▆ ▆▆▆▆▆▆▆▆▆  Conferred with counsel for Valley Forge and U.G. regarding joint excerpt of the record. | 2139 | .90 hrs. |
| 07/02/08 | Researched and analyzed case law ▆▆▆▆▆▆▆ | 2553 | 4.10 hrs. |
| 07/02/08 | Researched cases ▆▆▆▆▆▆▆▆▆▆▆▆ Conferenced with A. Norris.  Reviewed federal and 9th Circuit rules of appellate procedure.  Submitted notes to A. Norris. | 2512 | 4.00 hrs. |
| 07/07/08 | Analyzed rules of procedure for Ninth Circuit Court of Appeals regarding filing of appellate briefs.  researched case law ▆▆▆▆▆▆▆▆▆▆. | 2139 | .80 hrs. |
| 07/07/08 | Researched and analyzed case law ▆▆▆▆▆▆▆ Drafted memorandum to C. Donovan. | 2553 | 3.50 hrs. |
| 07/08/08 | Researched case law ▆▆▆▆▆▆▆▆▆▆ Prepared appellate brief.▆▆▆▆▆▆▆▆▆ | 2139 | 5.80 hrs. |
| 07/09/08 | Prepare appeals court brief. | 0279 | 2.10 hrs. |



**SHEPPARD MULLIN**

SHEPPARD MULLIN RICHTER & HAMPTON LLP

A T T O R N E Y S   A T   L A W

18th Floor | 333 South Hope Street | Los Angeles, CA  90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892:  APL - UK Aerosols
Charles S. Donovan

October 10, 2008
Invoice 222608343
Page 3 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/09/08 | Researched case law ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ Prepared appellate brief ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | 2139 | 4.90 hrs. |
| 07/10/08 | Email from M. Peterson.  Conference with A. Norris.  Email to defendants' attorney.  Prepare brief for Court of Appeals. | 0279 | 2.70 hrs. |
| 07/10/08 | Prepared appellate brief regarding denial of motion for attorneys' fees. | 2139 | 10.90 hrs. |
| 07/10/08 | Drafted memorandum to C. Donovan ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | 2553 | 1.40 hrs. |
| 07/11/08 | Email from defendants' attorney.  Email to M. Peterson. Prepare brief for Court of Appeals. | 0279 | 3.40 hrs. |
| 07/11/08 | Prepared appellate brief regarding denial of motion for attorneys' fees. | 2139 | 3.80 hrs. |
| 07/11/08 | Drafted memorandum to C. Donovan ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | 2553 | .70 hrs. |
| 07/14/08 | Prepare brief for 9th Circuit.  Emails to/from M. Peterson. Email from defendants' attorney.  Reply. | 0279 | 6.40 hrs. |
| 07/14/08 | Prepared opening brief for court of appeals challenging denial of motion for attorneys' fees. | 2139 | .60 hrs. |
| 07/15/08 | Email from M. Peterson.  Reply.  Conference with D. Harley, M. Peterson.  Review ▓▓▓▓▓▓▓▓▓ cases.  Prepare email to D. Harley.  Email to defendants' attorney re settlement. Prepare brief for 9th Circuit. | 0279 | 4.70 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA  90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892:  APL - UK Aerosols
Charles S. Donovan

October 10, 2008
Invoice 222608343
Page 4 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/15/08 | Prepared opening brief for court of appeals challenging denial of motion for attorneys' fees.  Negotiated with opposing counsel regarding joint excerpts of the record.  Conferred with Charley Donovan ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  Corresponded with Shoshana Chazan ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 2139 | 4.60 hrs. |
| 07/16/08 | Conference with A. Norris.  Email from D. Harley.  Prepare brief for Court of Appeals. | 0279 | 2.70 hrs. |
| 07/16/08 | Prepared opening brief for court of appeals challenging denial of motion for attorneys' fees.  Negotiated with opposing counsel regarding joint excerpts of the record.  Analyzed and revised joint excerpts of the record. | 2139 | 7.80 hrs. |
| 07/17/08 | Prepare brief for Court of Appeals. | 0279 | 4.70 hrs. |
| 07/17/08 | Prepared opening brief for court of appeals challenging denial of motion for attorneys' fees.  Conferred with Charley Donovan regarding appellate brief challenging denial of motion for attorneys' fees.  Corresponded with Shoshana Chazan and Mark Peterson ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 2139 | 6.70 hrs. |
| 07/18/08 | Prepare brief for Court of Appeals.  Conferences with A. Norris. | 0279 | 2.80 hrs. |
| 07/18/08 | Finalized opening brief for court of appeals regarding attorneys' fees.  Conferred with Charley Donovan regarding opening brief for court of appeals.  Corresponded with David Harley, Eric Swett, Shoshana Chazan and Mark Peterson ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 2139 | 4.90 hrs. |
| 07/21/08 | Email to clients.  Review defendants brief.  Email from S. Chazan.  Reply. | 0279 | 1.80 hrs. |
| 07/23/08 | Email re questions from defendants' attorney.  Reply.  Prepare record for appeal. | 0279 | 1.30 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

October 10, 2008
Invoice 222608343
Page 5 of 9

### FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 07/25/08 | Notice from Court of Appeals re briefs and record excerpts. Conference with clerk's office at Court of Appeals. Email to defendants' counsel. | 0279 | .80 hrs. |
| 07/30/08 | Review new Court of Appeal decision ██████████ ███████. | 0279 | .60 hrs. |
| ~~07/31/08~~ | ~~Coordinate document retrieval from the National Archives and Specialized Legal for A. Norris/C. Donovan~~ | ~~1248~~ | ~~.40 hrs.~~ |
| 08/01/08 | Email from A. Perry. Email to T. Perry ███████████ ████ Response to A. Perry. Review decision from N.D. Cal. ██████████. | 0279 | 1.20 hrs. |
| 08/01/08 | Exchanged email with C. Donovan and T. Perry ██████ ████████. | 2216 | .10 hrs. |
| 08/21/08 | Prepare brief for Court of Appeals. | 0279 | 1.20 hrs. |
| 09/08/08 | Prepared brief for 9th Circuit. | 0279 | 2.40 hrs. |
| 09/16/08 | Prepared brief for Court of Appeals. | 0279 | 4.30 hrs. |
| 09/17/08 | Email from D. Harley. Reply. Email from S. Chazan. Reply. Prepared brief for Court of Appeals. | 0279 | 7.20 hrs. |
| 09/18/08 | Prepared brief for Court of Appeals. Emails to S. Chazan. Conferences with T. Perry. Emails to/from T. Perry, B. Moorhead. | 0279 | 8.60 hrs. |
| 09/18/08 | Reviewed draft brief. Provided comments to C. Donovan. Exchanged email with C. Donovan and T. Perry regarding brief. | 2216 | 2.10 hrs. |
| 09/18/08 | Read draft of appellee's brief in the "shipper" appeal. Write emails to Charles Donovan suggesting changes. Edit appellee's brief. | 2443 | 3.40 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

18th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

06LT-113892: APL - UK Aerosols
Charles S. Donovan

October 10, 2008
Invoice 222608343
Page 6 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/19/08 | Prepare brief for Court of Appeals. Conferences with T. Perry. | 0279 | 6.40 hrs. |
| 09/19/08 | Edit and file appellee's brief in the "shipper" appeal. | 2443 | 3.90 hrs. |
| 09/22/08 | Reviewed opponents' appellate brief. Email to clients. | 0279 | 1.80 hrs. |
| 09/22/08 | Read the opposing brief submitted by counsel for Valley Forge Insurance. | 2216 | .30 hrs. |
| 09/23/08 | Conference with T. Perry. Review UG/Kamdar appellees' brief. | 0279 | .80 hrs. |
| 09/23/08 | Read appellee's brief on attorneys' fees issue. Read appellant's brief on attorneys' fees issue. Read underlying decision by Judge Patel. Review record. Research issue ██████ ██████ | 2443 | 5.80 hrs. |
| 09/24/08 | Prepare reply brief. Conference with T. Perry. | 0279 | 1.40 hrs. |
| 09/24/08 | Draft Reply Brief on attorneys' fees issue. | 2443 | 6.20 hrs. |
| 09/25/08 | Prepare reply brief. | 0279 | 2.40 hrs. |
| 09/25/08 | Draft Reply Brief on attorneys' fees issue. | 2443 | 6.80 hrs. |
| 09/26/08 | Prepare reply brief. Conference with T. Perry. | 0279 | 3.10 hrs. |
| 09/26/08 | Draft and edit Reply Brief on attorneys' fees issue. | 2443 | 2.30 hrs. |
| 09/29/08 | Prepare reply brief. Conference with T. Perry. | 0279 | 6.60 hrs. |
| 09/29/08 | Edit Reply Brief on attorneys' fees issue. Speak with Charley Donovan about the same. | 2443 | 1.90 hrs. |
| 09/30/08 | Prepare reply brief re attorneys fees. Email to S. Chazan. Conferences with T. Perry. | 0279 | 4.60 hrs. |



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892:  APL - UK Aerosols                                                       October 10, 2008
Charles S. Donovan                                                                    Invoice 222608343
                                                                                      Page 7 of 9

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 09/30/08 | Edit Reply Brief on attorneys' fees issue.  Speak with Charley Donovan about the same. | 2443 | 2.50 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 87.50 | $ 625.00 | $ 54,687.50 |
| 2139 | Amy B. Norris | 51.70 | $ 475.00 | $ 24,557.50 |
| 2216 | Brenna Moorhead | 2.50 | $ 365.00 | $ 912.50 |
| 2443 | Timothy C. Perry | 32.80 | $ 310.00 | $ 10,168.00 |
| 2512 | T. Aidan Toombs | 9.30 | $ 195.00 | $ 1,813.50 |
| 2553 | Megan Yelle | 14.00 | $ 195.00 | $ 2,730.00 |
| 1248 | Nina Porcella | .40 | $ 115.00 | $ 46.00 |

**Total Fees for Professional Services**                                        $ 94,915.00

# EXHIBIT
# F



**SHEPPARD MULLIN**

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

---

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ███████████
January 20, 2009
Invoice 222635894

| Our Matter No. | 06LT-113892 |
| | APL - UK Aerosols |
| Billing Atty: | Charles S. Donovan |

**Your Reference No.**   M18048505

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2008

| | |
|---|---|
| Current Fees | $ 3,049.00 |
| Current Disbursements | $ 177.82 |
| Total Current Activity | $ 3,226.82 |
| Total Due for This Invoice | $ 3,226.82 |

Payment Terms:  Balance due upon receipt of this statement.



**SHEPPARD MULLIN**

ATTORNEYS AT LAW

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892: APL - UK Aerosols
Charles S. Donovan

January 20, 2009
Invoice 222635894
Page 2 of 3

# FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2008

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 10/02/08 | Communicate with Charley Donovan about filing. | 2443 | .20 hrs. |
| 10/03/08 | Prepare reply brief. | 0279 | 1.80 hrs. |
| 10/03/08 | Edit and oversee filing of Reply Brief on attorneys' fees issue. | 2443 | 1.50 hrs. |
| 10/22/08 | Email from D. Harley. Reply. | 0279 | .40 hrs. |
| 12/03/08 | Read case ▮▮▮▮▮▮▮▮▮▮ Prepared summary for C. Donovan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2216 | 2.80 hrs. |
| 12/16/08 | Email from S. Chazan. Reply. | 0279 | .20 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 2.40 | $ 625.00 | $ 1,500.00 |
| 2216 | Brenna Moorhead | 2.80 | $ 365.00 | $ 1,022.00 |
| 2443 | Timothy C. Perry | 1.70 | $ 310.00 | $ 527.00 |

**Total Fees for Professional Services**          $ 3,049.00

# EXHIBIT

# G



**SHEPPARD MULLIN**

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Shoshana Y. Chazan, Esq.
Associate Counsel
APL Co. Pte. Ltd.
5th Floor
1111 Broadway
Oakland, CA 94607

SMRH Tax ID ▉▉▉▉▉▉
April 17, 2009
Invoice 222659737

Our Matter No.    06LT-113892
                  APL - UK Aerosols
Billing Atty:     Charles S. Donovan

**Your Reference No.**  M18048505

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2009

| | | |
|---|---|---|
| Current Fees | $ 24,871.50 | |
| Current Disbursements | $ 1,165.11 | |
| | | |
| Total Current Activity | | $ 26,036.61 |
| Total Due for This Invoice | | $ 26,036.61 |

Payment Terms:  Balance due upon receipt of this statement.



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA  90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

06LT-113892:  APL - UK Aerosols
Charles S. Donovan

April 17, 2009
Invoice 222659737
Page 2 of 5

# FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2009

## FEE DETAIL

| <u>Date</u> | <u>Description of Services</u> | <u>Tkpr</u> | <u>Hours</u> |
|---|---|---|---|
| 01/23/09 | Reviewed notice from Court of Appeals.  Email to clients. Conference with B. Moorhead. | 0279 | .80 hrs. |
| 01/23/09 | Received notice from Court regarding hearing date. Coordinated with C. Donovan. | 2216 | .10 hrs. |
| 01/26/09 | Reviewed notice from Court of Appeals.  Email from S. Chazan. | 0279 | .40 hrs. |
| 02/05/09 | Reviewed ▮▮▮▮▮▮▮▮case ▮▮▮▮▮▮▮▮▮▮▮▮. Email to B. Moorhead. Research▮▮▮▮▮▮▮▮▮. | 0279 | 3.40 hrs. |
| 02/05/09 | Read ▮▮▮▮▮▮case and identified arguments ▮▮▮. | 2216 | 1.90 hrs. |
| 02/06/09 | Read ▮▮▮case and other cases ▮▮▮▮▮▮▮▮ Reviewed Issues Raised on Appeal and prepared notes. | 2216 | .70 hrs. |
| 02/10/09 | Determined applicability ▮▮▮▮▮▮▮▮▮▮▮ Prepared summary of case and applicability. | 2216 | 1.60 hrs. |
| 02/11/09 | Email from B. Moorhead re appeal.  Reply. | 0279 | .80 hrs. |
| 02/11/09 | Discussed▮▮▮▮▮▮▮ with C. Donovan.  Researched | 2216 | 3.10 hrs. |
| 02/12/09 | Researched ▮▮▮▮▮▮ cases and ▮▮▮▮▮ | 2216 | 1.20 hrs. |
| 02/18/09 | Researched▮▮▮▮▮▮▮▮ | 2216 | 2.20 hrs. |
| 02/24/09 | Researched ▮▮▮▮▮▮▮▮▮▮ | 2216 | 1.70 hrs. |



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

April 17, 2009
Invoice 222659737
Page 3 of 5

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 02/25/09 | Researched ███████████████████████████ | 2216 | 4.70 hrs. |
| 02/26/09 | Researched ██████████████ | 2216 | 2.30 hrs. |
| 03/02/09 | Researched ████████████████████ | 2216 | 1.00 hrs. |
| 03/03/09 | Researched ████████████████████████ | 2216 | 2.30 hrs. |
| 03/05/09 | Assisted in preparation for Ninth Circuit hearing. | 2216 | .10 hrs. |
| 03/06/09 | Prepared for oral argument for appeal. | 0279 | 1.80 hrs. |
| 03/06/09 | Researched ███████████████████ | 2216 | 1.70 hrs. |
| 03/07/09 | Reviewed ███████████████████ | 2216 | .30 hrs. |
| 03/08/09 | Reviewed ███████████████████ case. | 2216 | 1.80 hrs. |
| 03/09/09 | Email from Court of Appeals. Email from B. Moorhead. Email to S. Chazan. | 0279 | .80 hrs. |
| 03/09/09 | Searched for new cases relevant to appeal. Read cases ████ ████████████. Sent email to C. Donovan regarding search results. | 2216 | 4.50 hrs. |
| 03/10/09 | Conferred with B. Moorhead. Prepared for argument of appeal. | 0279 | 1.60 hrs. |
| 03/10/09 | Pulled cases cited in briefs for C. Donovan in preparation for hearing. | 2216 | .90 hrs. |
| 03/11/09 | Reviewed briefs and prepared for argument of appeal. | 0279 | 4.70 hrs. |



**SHEPPARD MULLIN**

A T T O R N E Y S   A T   L A W

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

06LT-113892: APL - UK Aerosols
Charles S. Donovan

April 17, 2009
Invoice 222659737
Page 4 of 5

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 03/12/09 | Prepare for and argue appeal in Court of Appeals. Email to S. Chazan. | 0279 | 4.80 hrs. |
| 03/17/09 | Email to S. Chazan. | 0279 | .30 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 0279 | Charles S. Donovan | 19.40 | $ 645.00 | $ 12,513.00 |
| 2216 | Brenna Moorhead | 32.10 | $ 385.00 | $ 12,358.50 |

**Total Fees for Professional Services**          $ 24,871.50