SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRENNA E. MOORHEAD, Cal. Bar No. 233425
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email:            cdonovan@sheppardmullin.com

Attorneys for Plaintiff APL Co. Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE. LTD.,<br><br>                    Plaintiff,<br><br>         v.<br><br>UK AEROSOLS LTD.; U.G. CO., INC. doing business as "UNIVERSAL GROCERS CO."; KAMDAR GLOBAL LLC; and IMP-EX SOLUTIONS, LLC,<br><br>                    Defendants. | Case No. C 05-0646 MHP<br><br>**DECLARATION OF BRYAN MANAF GHOWS IN SUPPORT OF APL CO. PTE. LTD.'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:            January 4, 2009<br>Time:           2 p.m.<br>Courtroom:   15 |

I, Bryan Manaf Ghows declare:

1. I am an advocate & solicitor admitted to practice at the Bar in Singapore. I was admitted in 1984. I was also admitted, in 2008, as an attorney-at-law in Washington State. I am currently practicing law in Singapore and Washington State. A copy of my current Practising Certificate for the period 1st April 2009 to 31st March 2010, issued by the Supreme Court, is attached hereto.

2. The Application of English Law Act §3(1), currently in force in Singapore, states: "[t]he common law of England (including the principles and rules of equity) so far as it was part of the law of Singapore immediately before 12th November 1993 shall continue to be part of the law of Singapore."

1    3.    Singapore follows the "English Rule" regarding attorneys' fees and,
2 subject to the Court's discretion, awards fees to prevailing party in an action as part
3 of costs.
4    4.    Thus, Singapore's Court Rules recognize "costs" include "fees, charges,
5 disbursements, expenses and remuneration" (Singapore Rules of Court 2006, Order
6 59, Rule 1) and that the prevailing party is entitled, subject to the Court's discretion,
7 to recover charges for legal "work done in the cause or matter" and "work done in
8 the taxation of costs."  *Id.* Rule 24(1)(a)&(b).
9    I declare under penalty of perjury under the laws of the United States of
10 America that the foregoing is true and correct.
11    Executed this 2d day of December 2009 in the Republic of Singapore.

_____

GHOWS DECL ISO MOTION FOR
ATTORNEYS' FEES (C-05-0646 MHP)