Marilyn Raia, SBN 072320
Norman J. Ronneberg, SBN 068233
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: marilyn.raia@bullivant.com
norman.ronneberg@bullivant.com

Attorneys for Defendant
U.G. Co., Inc. dba Universal Grocers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APL CO. PTE. LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>U.K. AEROSOLS LTD., U.G. CO. INC., doing business as UNIVERSAL GROCERS CO., and KAMDAR GLOBAL, LLC,<br><br>Defendants. | Case No.: C 05-0646 MHP<br><br>**OBJECTION TO DECLARATION OF BRYAN MANAF GHOWS**<br><br>Date: January 4, 2010<br>Time: 2:00 PM |

1  Defendant Valley Forge Insurance Company, as Intervenor for UG Co. Inc. dba
2  Universal Grocers, and Kamdar Global LLC object to the declaration of Bryan Manaf Ghows
3  filed in support of plaintiff's motion for attorneys fees as follows:
4      1. The declaration is not signed by the declarant. It was e-filed on November 30, 2009
5         with a purported signature date for two days later, namely, December 2, 2009.
6      2. The declaration refers to an attachment that was not attached to the document when
7         filed.
8  DATED: December 14, 2009

BULLIVANT HOUSER BAILEY PC

By _____
Marilyn Raia
Norman J. Ronneberg, Jr.
Attorneys for Defendants

12176585.1