Marilyn Raia, SBN 072320
Norman J. Ronneberg, SBN 068332
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: marilyn.raia@bullivant.com
Attorneys for Defendants Valley Forge Ins. Co, as Intervenor for U.G. Co., Inc. dba Universal Grocers and Kamdar Global LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APL CO. PTE. LTD., <br><br>  Plaintiff, <br><br> vs. <br><br> U.K. AEROSOLS LTD., U.G. CO. INC., doing business as UNIVERSAL GROCERS CO., and KAMDAR GLOBAL, LLC, <br><br> Defendants. | Case No.: C 05-0646 MHP <br><br> (~~PROPOSED~~) ORDER |

Defendants Valley Forge Ins. Co as Intervenor for U.G. Co. Inc. dba Universal Grocers Co and Kamdar Global LLC have moved pursuant to Local Rule 7-11 for administrative relief in the form of an order granting leave to file a four page sur-reply in connection with APL's motion for attorneys fees.

Good Cause appearing therefor, it is hereby ordered defendants Valley Forge Ins. Co. as Intervenor for U.G. Co. Inc. and Kamdar Global LLC's motion for relief to file a four page sur-reply is granted.

DATED:  1/20/10

_____
United States District Judge

12260694.1

— 1 —
(PROPOSED) ORDER